MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND BRANCH

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>Defendants. | Case No. C08-00095 JW<br><br>**NOTICE OF RELATED CASES** |

Pursuant to Local Civil Rule 3-12, Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), hereby gives notice of pending cases related to the present case.

Specifically, SRDT gives notice of the following related cases that all arise from alleged infringement of United States Patent Number 4,935,184 ("the '184 patent"):

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Johnson Level & Tool Mfg. Co., Inc.*, filed January 4, 2008 in the United States District Court for the District of Southern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Ampro Tools Corporation*, filed January 5, 2008 in the United States District Court for the District of Northern California. Plaintiff alleges infringement of the '184 patent by Defendants. Consolidation is not recommended because this related case involves different parties and has different, unrelated products at issue.

*PowerStation LLC, et al v. Sorensen Research and Development Trust*, Case No. 07-cv-04167 RBH, filed December 31, 2007 in the United States District Court for the District of South Carolina. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them, and also makes an unfair trade practices claim. No summons or complaint have been served. Transfer is not recommended because case involves different parties and different products, and adds a state law cause of action.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Energizer Holdings, Inc., et al*, Case No. 07-CV-2321 BTM JMA, filed December 11, 2007 in the United States District Court for the Southern District of

California. Plaintiff alleges infringement of the '184 patent by Defendants. Answer due January 31, 2008. Transfer is not recommended because case involves different parties and different products.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. The Black & Decker Corporation, et al*, Civil Case No.: 06CV1572BTN CAB, filed in the Federal District Court for the Southern District of California. Plaintiff alleges infringement of the '184 patent by Black & Decker and its suppliers. The case has been stayed. Transfer is not recommended because case involves different parties and different products.

*American Safety Razor Co. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV00730HHK, filed in the Federal District Court for the District of Columbia. Complaint was filed April 20, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet. Transfer is not recommended.

*DMS Holdings, Inc. v. Sorensen Research & Development Trust.* Civil Case No.: 07CV02690, filed in the Federal District Court for the Northern District of Illinois. Complaint was filed May 11, 2007. Plaintiff seeks declaratory judgment that the '184 patent is invalid and not infringed by them. No summons has been issued or served yet. Transfer is not recommended.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. Digital Networks North America, Inc., et al*, Case No. C075568, filed November 1, 2007 in the United States District Court for the Northern District of California. Plaintiff alleges infringement of the '184 patent. Amended Complaint filed; Answer pending; Defendant motion for stay set for January 18, 2007. Consolidation is not recommended.

*Jens Erik Sorensen as Trustee of the Sorensen Research and Development Trust v. First International Digital, Inc., et al*, Case No. C075525, filed October 30, 2007 in the United States District Court for the Northern District of California.

1  Default request filed December 13, 2007. Consolidation is not recommended
2  because case involves different parties and different products.

3      *Jens Erik Sorensen as Trustee of the Sorensen Research and Development
4  Trust v. Giant International, Inc., et al*, Case No. 07-CV-2121, filed November 6,
5  2007 in the United States District Court for the Southern District of California.
6  Plaintiff alleges infringement of the '184 patent. Initial pleadings exchanged; ENE
7  set for January 28, 2008. Transfer is not recommended.

8      *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust v.
9  Helen of Troy Texas Corporation, et al*, Case No. 07cv2278 IEG LSP, filed
10 December 4, 2007 in the United States District Court for the Southern District of
11 California. Plaintiff alleges infringement of the '184 patent. Complaint is out for
12 service. Transfer is not recommended because case involves different parties and
13 different products.

14     *Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust
15 v. Esseplast (USA) NC, Inc., et al*, Case No. 07cv2277 JAH BLM, filed December 4,
16 2007 in the United States District Court for the Southern District of California.
17 Plaintiff alleges infringement of the '184 patent. Complaint is out for service.
18 Transfer is not recommended because case involves different parties and different
19 products.

20 DATED this Friday, January 04, 2008.

                JENS ERIK SORENSEN, as Trustee of
                SORENSEN RESEARCH AND DEVELOPMENT
                TRUST, Plaintiff

                Melody A. Kramer, Esq.
                J. Michael Kaler
                Attorney for Plaintiff