AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Northern    DISTRICT OF    California

JENS ERIK SORENSEN, as Trustee of SORENSEN
RESEARCH AND DEVELOPMENT TRUST
v.
LEXAR MEDIA, INC.

**APPEARANCE**

Case Number: 08 cv 00095 JW

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Jens Erik Sorensen, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

I certify that I am admitted to practice in this court.

| | |
|---|---|
| January 14, 2008 | _[signature]_ |
| Date | Signature |
| | J. Michael Kaler — SBN 158296 |
| | Print Name — Bar Number |
| | 9930 Mesa Rim Rd., Suite 200 |
| | Address |
| | San Diego — CA — 92121 |
| | City — State — Zip Code |
| | 858-362-3150 — 858-824-9073 |
| | Phone Number — Fax Number |

American LegalNet, Inc.
www.USCourtForms.com