**ORIGINAL**

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

**E-filing**

__Northern__ District of __California__

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST,

**SUMMONS IN A CIVIL ACTION**

V.

LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100

CASE NUMBER:

**C08-00095 JW RS**

TO: (Name and address of Defendant)
Lexar Media, Inc.
c/o Agent for Process of Service
Corporation Service Company
2711 Centerville Road, Suite 400
Wilmington, Delaware 19808

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Rd., Suite 200
San Diego, CA 92121
858-362-3151

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

JAN - 7 2008

CLERK                                          DATE

(By) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE January 14, 2008 |
| NAME OF SERVER (PRINT) Melody A. Kramer | TITLE Attorney for Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Mailed via Certified Mail to the following address: 2711 Centerville Road, Suite 400, Wilmington, DE 19808

| STATEMENT OF SERVICE FEES | | | | |
|---|---|---|---|---|
| TRAVEL $0.00 | SERVICES | $6.62 | TOTAL | $6.62 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  02/13/2008
　　　　　　　Date

Signature of Server

9930 Mesa Rim Rd., Suite 1600
San Diego, CA 92121
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com