**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

7001 0320 0004 3020 1588

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *LEXAR MEDIA, Inc.*
*C/O CORPORATION SERVICE Company*
Street, Apt. No.
or PO Box No. *2711 CEnterville Road, Suite 400*
City, State, ZIP+4
*Willmington, DE 19808*

PS Form 3800, January 2001          See Reverse for Instructions

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *"Return Receipt Requested"* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):

1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:

*LexAR MEDia, Inc.*
*c/o Agent for Process of Service*
*CoRPoRation Service Company*
*2711 Centerville Road, Suite 400*
*Willmington, Delaware 19808*

4a. Article Number
7001 0320 0004 3020 1588

4b. Service Type
☐ Registered          ☒ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery

5. Received By: *(Print Name)*

8. Addressee's Address *(Only if requested and fee is paid)*

JAN 17 2008

6. Signature *(Addressee or Agent)*
X *Laura Cooper*

PS Form **3811**, December 1994          102595-98-B-0229          Domestic Return Receipt

*Is your RETURN ADDRESS completed on the reverse side?*

*Thank you for using Return Receipt Service.*