JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100

Attorneys for Defendant
LEXAR MEDIA, INC.

Melody A. Kramer (Bar No. 169984)
mak@kramerlawip.com
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Telephone: (858)362-3150

Attorney for Plaintiff
JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND
DEVELOPMENT TRUST

**GRANTED**
*Judge James Ware*
2/22/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEXAR MEDIA, INC., and DOES 1-100,<br><br>　　　　Defendants. | Case No. C 08-00095 JW<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Hon. Judge James Ware |

Pursuant to Civil Local Rule 6-1, Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust agrees to the request of Defendant Lexar Media, Inc. for an extension of time to respond to the complaint filed January 7, 2008, through and including March 12, 2008. This extension of time shall not affect or change the initial Case Management Conference scheduled for June 2, 2008, nor the May 23, 2008 due date for joint case management statement. The parties shall meet and confer on a mutually convenient date to hold their Fed. R. Civ. P.26(f) conference in advance of the May 23, 2008 deadline.

**SO STIPULATED.**

Dated: February 19, 2008            WEIL, GOTSHAL & MANGES LLP

By:       /S/ Jared Bobrow
Jared Bobrow (Bar No. 133712)
jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100
Attorney for Defendant
LEXAR MEDIA, INC.

Dated: February 19, 2008            KRAMER LAW OFFICE, INC.

By:       /S/ Melody A. Kramer
Melody A. Kramer (Bar No. 169984)
mak@kramerlawip.com
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, CA  92121
Telephone: (858)362-3150
Attorney for Plaintiff
JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND
DEVELOPMENT TRUST

STIPULATION TO EXTENT TIME FOR
DEFENDANT TO RESPOND TO PLAINTIFF'S
COMPLAINT                                                              2                                    Case No. C 08-00095 JW

1  Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Melody A. Kramer.

Dated: February 19, 2008

WEIL, GOTSHAL & MANGES LLP

By:    /S/ Jared Bobrow
Jared Bobrow (Bar No. 133712)
jared.bobrow@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3034
Facsimile: (650) 802-3100
Attorney for Defendant
LEXAR MEDIA, INC.