1  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
2  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  Attorneys for Defendant
   LEXAR MEDIA, INC
7

8              UNITED STATES DISTRICT COURT

9     NORTHERN DISTRICT OF CALIFORNIA DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11 | JENS ERIK SORENSEN, as Trustee of | Case No. C08-00095 JW RS
      SORENSEN RESEARCH AND
12   DEVELOPMENT TRUST,                | **DEFENDANT LEXAR MEDIA, INC.'S**
                                         **FEDERAL RULE OF CIVIL**
13              Plaintiff,              | **PROCEDURE RULE 7.1 STATEMENT**

14        v.

15 | LEXAR MEDIA, INC., a Delaware corporation;
      and DOES 1 - 100,
16
               Defendants.
17

18        Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned counsel for

19 Defendant Lexar Media, Inc. ("Lexar") hereby certifies that the following are the corporate

20 parents of Lexar or are publicly held companies that own 10% or more of its stock:   Micron

21 Technology, Inc. (a parent company and more than 10% holder of Lexar).  Counsel will amend

22 this disclosure if any such additional party is identified.

23 Dated:  March 12, 2008              WEIL, GOTSHAL & MANGES LLP

24

25                                     BY: _____/s/_____

26                                              JARED BOBROW
                                            jared.bobrow@weil.com
27                                         Attorneys for Defendant,
                                              LEXAR MEDIA, INC.

28