JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF DEFENDANT'S MOTION TO STAY THIS LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS |

Joseph H. Lee declares and states as follows:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant in this case. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of Bibliographic Data, Continuity Data, and Transaction History from the PTO's PAIR System regarding the patent in suit.

/ / /

/ / /

3. Attached hereto as Exhibit B is a true and correct copy of the July 30, 2007 Request for *Ex Parte* Reexamination Transmittal Form and pages 1-4 of the Request for *Ex Parte* Reexamination.

4. Attached hereto as Exhibit C is a true and correct copy of the October 11, 2007 PTO Order Granting Reexamination of U.S. Patent No. 4,935,184.

5. Attached hereto as Exhibit D is a true and correct copy of the January 10, 2008 Notice of Reexamination Request Filing Date of December 21, 2007.

6. Attached hereto as Exhibit E is a true and correct copy of the February 21, 2008 PTO Order Granting Reexamination of U.S. Patent No. 4,935,184.

7. Attached hereto as Exhibit F is a true and correct copy of a PTO publication entitled *Ex Parte* Reexamination Filing Data - December 31, 2007.

8. Attached hereto as Exhibit G is a true and correct copy of the court's order Granting in Part and Denying in Part Defendants' Motion to Stay in *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. The Black & Decker Corp.*, Case No. 06CV1572 BTM (CAB) (S.D. Cal. August 7, 2006).

9. Attached hereto as Exhibit H is a true and correct copy of the court's order Granting Defendant's Motion to Stay in *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. Digital Networks North America, Inc.*, Case No. 3:07-cv-05568-JSW (S.D. Cal. Jan. 16, 2008).

10. Attached hereto as Exhibit I is a true and correct copy of the court's order Granting Defendant's Motion to Stay in *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. Giant Int'l (USA) Ltd.*, Case No. 07CV2121 BTM (CAB) (S.D. Cal. Feb. 28, 2008).

11. Attached hereto as Exhibit J is a true and correct copy of the court's order Granting Defendant's Motion to Stay in *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. Helen of Troy*, Case No. 07CV2278 BTM (CAB) (S.D. Cal. Feb. 28, 2008).

///

///

12.  Attached hereto as Exhibit K is a true and correct copy of the PTO's <u>Manual of Patent Examining Procedure</u> (Eight Edition, rev. 6, Sept. 2007) § 2250 (III) (section last revised Aug. 2006).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of March, 2008, at Redwood Shores, California.

_____
Joseph H. Lee