# EXHIBIT A

TO THE DECLARATION OF JOSEPH H. LEE
IN SUPPORT OF DEFENDANT'S
MOTION TO STAY THIS LITIGATION
PENDING THE OUTCOME OF
REEXAMINATION PROCEEDINGS

United States Patent & Trademark Office                                                    Page 1 of 2



## United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help**

Portal Home    |    Patents    |    Trademarks    |    Other

### Patent eBusiness  – ☐

- Electronic Filing
- Patent Application Information (PAIR)
- Patent Ownership
- Fees
- Supplemental Resources & Support

### Patent Information

Patent Guidance and General Info
- Codes, Rules & Manuals
- Employee & Office Directories
- Resources & Public Notices

### Patent Searches

Patent Official Gazette
- Search Patents & Applications
- Search Biological Sequences
- Copies, Products & Services

### Other

Copyrights
Trademarks
Policy & Law
Reports

---

**Patent Application Information Retrieval**

ⓘ Order Certified Application As Filed    Order Certified File Wrapper    🚚 View Order List

| 07/265,333 | METHOD OF MAKING A FIBRE-REINFORCED MOLDED RACQUET FRAME |

**Select New Case** | **Application Data** | **Transaction History** | **Continuity Data** | **Foreign Priority** | **Fees** | **Published Documents** | **Address & Attorney/Agent**

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 07/265,333 | Customer Number: | - |
| Filing or 371 (c) Date: | 10-24-1988 | Status: | Patented Case |
| Application Type: | Utility | Status Date: | 04-25-1990 |
| Examiner Name: | DURKIN, JEREMIAH | Location: ⓘ | FILE REPOSITORY (FRANCONIA) |
| Group Art Unit: | 1305 | Location Date: | 08-01-1997 |
| Confirmation Number: | 6669 | Earliest Publication No: | - |
| Attorney Docket Number: | 0318024758 | Earliest Publication Date: | - |
| Class / Subclass: | 264/257 | Patent Number: | 4,935,185 |
| First Named Inventor: | JONATHAN C. MOTT , NR. GUILDFORD, EN (GB) | Issue Date of Patent: | 06-19-1990 |

| Title of Invention: | METHOD OF MAKING A FIBRE-REINFORCED MOLDED RACQUET FRAME |
|---|---|

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to*

Exhibit A-001

United States Patent & Trademark Office

- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

Exhibit A-002

United States Patent & Trademark Office



## United States Patent and Trademark Office

**Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help**

Portal Home  |  Patents  |  Trademarks  |  Other

**Patent eBusiness**
- ⊞ Electronic Filing
- ⊞ Patent Application Information (PAIR)
- ⊞ Patent Ownership
- ⊞ Fees
- ⊞ Supplemental Resources & Support

**Patent Information**
- Patent Guidance and General Info
- ⊞ Codes, Rules & Manuals
- ⊞ Employee & Office Directories
- ⊞ Resources & Public Notices

**Patent Searches**
- Patent Official Gazette
- ⊞ Search Patents & Applications
- ⊞ Search Biological Sequences
- ⊞ Copies, Products & Services

**Other**
- Copyrights
- Trademarks
- Policy & Law
- Reports

**Patent Application Information Retrieval**

ⓘ Order Certified Application As Filed   Order Certified File Wrapper   📇 View Order List

| 07/386,012 | STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENTARY MOLD PARTS |

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Fees | Published Documents | Address & Attorney/Agent |

### Parent Continuity Data

| Description | Parent Number | Parent Filing or 371(c) Date | Parent Status | Patent Number |
|---|---|---|---|---|
| This application is a Continuation of | 07/152,670 | 02-05-1988 | Abandoned | - |

### Child Continuity Data

90/008,775 filed on 07-30-2007 which is Pending claims the benefit of 07/386,012
90/008,976 filed on 12-21-2007 which is Pending claims the benefit of 07/386,012

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC).*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

Exhibit A-003

United States Patent & Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

---

| Portal Home | | Patents | | Trademarks | | Other |

---

**Patent eBusiness**        – ☐

- ⊞ Electronic Filing
- ⊞ Patent Application Information (PAIR)
- ⊞ Patent Ownership
- ⊞ Fees
- ⊞ Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
- ⊞ Codes, Rules & Manuals
- ⊞ Employee & Office Directories
- ⊞ Resources & Public Notices

**Patent Searches**

Patent Official Gazette
- ⊞ Search Patents & Applications
- ⊞ Search Biological Sequences
- ⊞ Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

---

**Patent Application Information Retrieval**        ☐

ⓘ Order Certified Application As Filed   Order Certified File Wrapper        📇 View Order List

90/008,775        STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENT MOLD PARTS

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |

### Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/008,775 | Customer Number: | - |
| Filing or 371 (c) Date: | 07-30-2007 | Status: | Response after Non-Final Action Entered (or Ready for Examiner Action) |
| Application Type: | Re-Examination | Status Date: | 03-11-2008 |
| Examiner Name: | DIAMOND, ALAN D | Location: ⓘ | ELECTRONIC |
| Group Art Unit: | 3991 | Location Date: | - |
| Confirmation Number: | 9943 | Earliest Publication No: | - |
| Attorney Docket Number: | X32441 | Earliest Publication Date: | - |
| Class / Subclass: | 264/246 | Patent Number: | - |
| First Named Inventor: | 4935184 , , | Issue Date of Patent: | - |

| | |
|---|---|
| Title of Invention: | STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENT MOLD PARTS |

If you need help:

- Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for

Exhibit A-004

United States Patent & Trademark Office

specific questions about Patent Application Information Retrieval (PAIR).
- Send general questions about USPTO programs to the USPTO Contact Center (UCC) .
- If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy

http://portal.uspto.gov/external/portal/!ut/p/kcxml/04_Sj9SPykssy0xPLMnMz0vM0Y_QjzKLN4gPMATJgFieAfqRqCLGpugij...

Exhibit A-005

United States Patent & Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

| Portal Home | | Patents | | Trademarks | | Other |

**Patent eBusiness** – □

☐ Electronic Filing
☐ Patent Application Information (PAIR)
☐ Patent Ownership
☐ Fees
☐ Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
☐ Codes, Rules & Manuals
☐ Employee & Office Directories
☐ Resources & Public Notices

**Patent Searches**

Patent Official Gazette
☐ Search Patents & Applications
☐ Search Biological Sequences
☐ Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**                □

ℹ️ Order Certified Application As Filed  Order Certified File Wrapper  📠 View Order List

**90/008,775** | **STABILIZED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPARATE COMPLIMENT MOLD PARTS**

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |

## Transaction History

| Date | Transaction Description |
|------|------------------------|
| 03-11-2008 | Date Forwarded to Examiner |
| 02-01-2008 | Information Disclosure Statement (IDS) Filed |
| 02-01-2008 | Certificate of Service |
| 02-01-2008 | Information Disclosure Statement Filed |
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 12-21-2007 | Certificate of Service |
| 12-21-2007 | Information Disclosure Statement Filed |
| 01-03-2008 | Email Notification |
| 01-03-2008 | Change in Power of Attorney (May Include Associate POA) |
| 01-02-2008 | Correspondence Address Change |
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 10-11-2007 | Determination -- Reexam Ordered |
| 07-30-2007 | Information Disclosure Statement considered |
| 10-03-2007 | Reexam Litigation Search Conducted |
| 10-16-2007 | Notice of Reexam Published in Official Gazette |
| 09-11-2007 | Case Docketed to Examiner in GAU |
| 07-30-2007 | Information Disclosure Statement (IDS) Filed |
| 08-02-2007 | Notice of assignment of reexamination request |
| 08-02-2007 | Notice of reexamination request filing date |

Exhibit A-006

| 08-01-2007 | Completion of Preprocessing - Released to Assigned GAU |
| 08-02-2007 | Application Is Now Complete |
| 08-01-2007 | Title Report |
| 07-30-2007 | Reexamination requested by third party requester |
| 07-30-2007 | Receipt of Original Ex Parte Reexam Request |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

Home | Site Index | Search | eBusiness | Help | Privacy Policy



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

Portal Home    |    Patents    |    Trademarks    |    Other

**Patent eBusiness** — □

⊞ Electronic Filing
⊞ Patent Application Information (PAIR)
⊞ Patent Ownership
⊞ Fees
⊞ Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
⊞ Codes, Rules & Manuals
⊞ Employee & Office Directories
⊞ Resources & Public Notices

**Patent Searches**

Patent Official Gazette
⊞ Search Patents & Applications
⊞ Search Biological Sequences
⊞ Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

**Patent Application Information Retrieval**    □

*Order Certified Application As Filed*    Order Certified File Wrapper    View Order List

| 90/008,976 | STABILIZIED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPERATE COMPLIMENTARY MOLD PARTS |

Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent

## Bibliographic Data

| | | | |
|---|---|---|---|
| Application Number: | 90/008,976 | Customer Number: | - |
| Filing or 371 (c) Date: | 12-21-2007 | Status: | Determination - Reexamination Ordered |
| Application Type: | Re-Examination | Status Date: | 02-21-2008 |
| Examiner Name: | JASTRZAB, KRISANNE MARIE | Location: | ELECTRONIC |
| Group Art Unit: | 3991 | Location Date: | - |
| Confirmation Number: | 6753 | Earliest Publication No: | - |
| Attorney Docket Number: | 065640-0260 | Earliest Publication Date: | - |
| Class / Subclass: | 264/246 | Patent Number: | - |
| First Named Inventor: | 4935184 , , | Issue Date of Patent: | - |

| Title of Invention: | STABILIZIED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPERATE COMPLIMENTARY MOLD PARTS |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*

http://portal.uspto.gov/external/portal/!ut/p/kcxml/04_Sj9SPykssy0xPLMnMz0vM0Y_QjzKLN4gPMATJgFieAfqRqCLGpugij...

Exhibit A-008

- *Send general questions about USPTO programs to the* <u>*USPTO Contact Center (UCC)*</u> *.*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to* <u>*Electronic Business Support*</u> *or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the <u>webmaster@uspto.gov</u>. While we cannot promise to accommodate all requests, your suggestions will be considered and may lead to other improvements on the website.

<u>Home</u> | <u>Site Index</u> | <u>Search</u> | <u>eBusiness</u> | <u>Help</u> | <u>Privacy Policy</u>

Exhibit A-009

United States Patent & Trademark Office



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz Alerts | News | Help

| Portal Home | | Patents | | Trademarks | | Other |

---

**Patent eBusiness** — ▫

⊞ Electronic Filing
⊞ Patent Application Information (PAIR)
⊞ Patent Ownership
⊞ Fees
⊞ Supplemental Resources & Support

**Patent Information**

Patent Guidance and General Info
⊞ Codes, Rules & Manuals
⊞ Employee & Office Directories
⊞ Resources & Public Notices

**Patent Searches**

Patent Official Gazette
⊞ Search Patents & Applications
⊞ Search Biological Sequences
⊞ Copies, Products & Services

**Other**

Copyrights
Trademarks
Policy & Law
Reports

---

**Patent Application Information Retrieval**                                    ▫

ⓘ Order Certified Application As Filed   Order Certified File Wrapper   📠 View Order List

90/008,976 | STABILIZIED INJECTION MOLDING WHEN USING A COMMON MOLD PART WITH SEPERATE COMPLIMENTARY MOLD PARTS | 📑

| Select New Case | Application Data | Transaction History | Image File Wrapper | Continuity Data | Address & Attorney/Agent |

### Transaction History

| Date | Transaction Description |
|------|------------------------|
| 02-21-2008 | Determination -- Reexam Ordered |
| 02-16-2008 | Reexam Litigation Search Conducted |
| 12-21-2007 | Information Disclosure Statement considered |
| 01-29-2008 | Case Docketed to Examiner in GAU |
| 12-21-2007 | Information Disclosure Statement (IDS) Filed |
| 01-10-2008 | Completion of Preprocessing - Released to Assigned GAU |
| 01-10-2008 | Title Report |
| 01-10-2008 | Notice of reexamination request filing date |
| 01-10-2008 | Notice of assignment of reexamination request |
| 12-21-2007 | Reexamination requested by third party requester |
| 12-21-2007 | Receipt of Original Ex Parte Reexam Request |

*If you need help:*

- *Call the Patent Electronic Business Center at (866) 217-9197 (toll free) or e-mail EBC@uspto.gov for specific questions about Patent Application Information Retrieval (PAIR).*
- *Send general questions about USPTO programs to the USPTO Contact Center (UCC) .*
- *If you experience technical difficulties or problems with this application, please report them via e-mail to Electronic Business Support or call 1 800-786-9199.*

You can suggest USPTO webpages or material you would like featured on this section by E-mail to the webmaster@uspto.gov. While we cannot promise to accommodate all

http://portal.uspto.gov/external/portal/!ut/p/kcxml/04_Sj9SPykssy0xPLMnMz0vM0Y_QjzKLN4gPMATJgFieAfqRqCLGpugij...

Exhibit A-010

requests, your suggestions will be considered and may lead to other improvements on the website.

Home  |  Site Index  |  Search  |  eBusiness  |  Help  |  Privacy Policy