# EXHIBIT F
TO THE DECLARATION OF JOSEPH H. LEE
IN SUPPORT OF DEFENDANT'S
MOTION TO STAY THIS LITIGATION
PENDING THE OUTCOME OF
REEXAMINATION PROCEEDINGS



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - December 31, 2007

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 9060[1]

   | | | |
   |---|---:|---:|
   | a. By patent owner | 3495 | 39% |
   | b. By other member of public | 5400 | 59% |
   | c. By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

   | | | |
   |---|---:|---:|
   | a. Chemical Operation | 2703 | 30% |
   | b. Electrical Operation | 3023 | 33% |
   | c. Mechanical Operation | 3334 | 37% |

3. Annual Ex Parte Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 165 |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................. 2398   26%

5. Determinations on requests ....................................... 8714

   a. No. granted ............................................ 7998 ......... 92%

   | | |
   |---|---:|
   | (1) By examiner | 7885 |
   | (2) By Director (on petition) | 113 |

   b. No. denied .............................................. 716 .......... 8%

   | | |
   |---|---:|
   | (1) By examiner | 681 |
   | (2) Order vacated | 35 |

---

[1] Of the requests received in FY 2008, 23 requests have not yet been accorded a filing date, and preprocessing of 3 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director) .................... 794

    a. Patent owner requester                                  439        55%
    b. Third party requester                                      355        45%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                                                     24.0 (mos.)
    b. Median pendency                                                      18.6 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 12% | 26% |
| b. All claims cancelled | 7% | 12% | 21% | 10% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) .................. 6066

    a. Certificates with all claims confirmed                      1556     26%
    b. Certificates with all claims canceled                         636     10%
    c. Certificates with claims changes                               3874     64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER ........................... 2607

        (1) All claims confirmed                                 592     23%
        (2) All claims canceled                                  194      7%
        (3) Claim changes                                           1821     70%

    b. Certificates - 3rd PARTY REQUESTER ................................. 3313

        (1) All claims confirmed                                 946     29%
        (2) All claims canceled                                  413     12%
        (3) Claim changes                                           1954     59%

    c. Certificates - COMM'R INITIATED REEXAM ........................... 146

        (1) All claims confirmed                                   18     12%
        (2) All claims canceled                                    30     21%
        (3) Claim changes                                           98     67%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Dec2007.wpd

Exhibit F-002