1  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
2  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  Attorneys for Defendant
   LEXAR MEDIA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

12 | JENS ERIK SORENSEN, as Trustee of       | **Case No. C08-00095 JW RS**
   | SORENSEN RESEARCH AND                    |
13 | DEVELOPMENT TRUST,                       | **[PROPOSED] ORDER GRANTING
   |                                          | MOTION TO STAY THIS
14 |         Plaintiff,                       | LITIGATION PENDING THE
   |                                          | OUTCOME OF REEXAMINATION
15 |     v.                                   | PROCEEDINGS**
   |                                          |
16 | LEXAR MEDIA, INC., a Delaware corporation;|
   | and DOES 1 - 100,                        |
17 |                                          |
   |         Defendants.                      |
18

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

For the reasons set forth by Lexar Media, Inc.'s ("Lexar"'s) Motion to Stay This Litigation Pending The Outcome of Litigation Proceedings ("Motion to Stay"),

IT IS HEREBY ORDERED

1. Lexar's Motion to Stay is GRANTED. All proceedings are hereby stayed pending the outcome of the United States Patent & Trademark Office's reexaminations of U.S. Patent No. 4,935,184.

2. During the pendency of the reexaminations, Defendant will be required to file a notice every 6 months apprising the Court of any change in the status of those proceedings.

IT IS SO ORDERED.

DATED: March ____, 2008

_____
Honorable Jeffrey S. White
United States District Judge