**United States District Court**
For the Northern District of California

1
2
3
4    UNITED STATES DISTRICT COURT
5    NORTHERN DISTRICT OF CALIFORNIA
6
7  JENS ERIK SORENSEN,                           No. C 08-00095 JW
8           Plaintiff(s),
                                                 CLERK'S NOTICE CONTINUING MOTION
9       v.                                       HEARING
10 LEXAR MEDIA, INC.,
11          Defendant(s).
12 _____/
13
   TO ALL PARTIES AND COUNSEL OF RECORD:
14
15
   YOU ARE NOTIFIED THAT the Motion to Stay Litigation Pending Outcome of Reexamination
16
   Proceedings before Judge James Ware previously noticed for April 28, 2008 has been reset to **May
17
   5, 2008 at 9:00 AM** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.
18
   Dated:  March 14, 2008
19                                               FOR THE COURT,
                                                 Richard W. Wieking, Clerk
20
21
                                                 by:  _____/s/_____
22                                                    Elizabeth Garcia
                                                      Courtroom Deputy
23
24
25
26
27
28