MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br> v. <br><br> LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100, <br><br> Defendants. <br> _____ <br> and related counterclaims. <br> _____ | Case No. 08 CV 00095 JW RS <br><br> REPLY TO COUNTERCLAIM OF LEXAR MEDIA, INC. |

1
2
3   Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby responds to the specific paragraphs of the Counterclaims of Defendant/Counterclaimant Lexar Media, Inc.:

4   1. Upon information and belief, admit.

5   2. Admit.

6   3. Paragraph 3 constitutes a series of legal conclusions and thus need not
7   be admitted or denied as phrased. However, SRDT admits that this Court has
8   subject matter jurisdiction over this dispute, and admits that venue is proper.

9   4. Admit.

### FIRST CAUSE OF ACTION

5. Deny.

6. Deny.

### SECOND CAUSE OF ACTION

7. Deny.

8. Deny.

**WHEREFORE,** SRDT prays that judgment on Lexar's Cross-Complaint be entered as follows:

a. For judgment in favor of SRDT and against Lexar's on all requested relief;

b. That this case is decreed an "exceptional case" for reasons including the fact that Lexar is simultaneously requesting the "immediacy" of declaratory relief and a litigation stay of indefinite length, indicating a failure of prosecutorial intent, and that SRDT be awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

c. For costs of suit herein incurred;

2.

Case No. 08cv00095

1       d.    For such other and further relief as the Court may deem just and proper.

3   DATED this Monday, March 31, 2008.

                          JENS ERIK SORENSEN, as Trustee of
                          SORENSEN RESEARCH AND DEVELOPMENT
                          TRUST, Plaintiff


                          /s/ Melody A. Kramer
                          Melody A. Kramer, Esq.
                          J. Michael Kaler
                          Attorney for Plaintiff

3.

Case No. 08cv00095

**PROOF OF SERVICE**

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Monday, March 31, 2008, I served the following documents:

REPLY TO COUNTERCLAIM OF LEXAR MEDIA, INC.

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Jared Bobrow<br>jared.bobrow@weil.com<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Monday, March 31, 2008, in San Diego, California.

/s./ Melody A. Kramer
Melody A. Kramer

5.

Case No. 08cv00095