MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>       Plaintiff<br>  v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>       Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 00095 JW<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON DEFENDANT LEXAR MEDIA, INC.'S MOTION FOR STAY**<br><br>Date: May 5, 2008<br>Time: 9:00 A.M.<br>Courtroom 8, 4th Floor<br>Judge: The Hon. James Ware<br><br>*Oral Argument is Respectfully Requested at Hearing on This Matter.* |

PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research & Development Trust, hereby requests that the Court hear oral arguments on Defendant Lexar Media Inc.'s Motion for Stay for the following reasons:

1. Lexar's motion is grounded on misleading PTO statistical data regarding the average pendency of reexamination proceedings;

2. Each of the orders of stay relied upon by Lexar is grounded on the same faulty PTO data;

3. The anticipated length of reexamination proceedings is an important factor to be determined by the Court.

These matters will more easily be explained to the Court with oral arguments.

DATED this Wednesday, April 09, 2008.

                JENS ERIK SORENSEN, as Trustee of
                SORENSEN RESEARCH AND DEVELOPMENT
                TRUST, Plaintiff

                /s/ Melody A. Kramer
                Melody A. Kramer, Esq.
                J. Michael Kaler
                Attorney for Plaintiff