Mark A. Flagel
Direct Dial (213) 891-7581
mark.flagel@lw.com

# LATHAM&WATKINS LLP

633 West Fifth Street, Suite 4000
Los Angeles, California 90071-2007
Tel: (213) 485-1234  Fax: (213) 891-8763
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Boston | New York |
| Brussels | Northern Virginia |
| Chicago | Orange County |
| Frankfurt | Paris |
| Hamburg | San Diego |
| Hong Kong | San Francisco |
| London | Shanghai |
| Los Angeles | Silicon Valley |
| Milan | Singapore |
| Moscow | Tokyo |
| New Jersey | Washington, D.C. |

May 19, 2005

029523-0026

*Via Facsimile (858) 824-9073*
*and First Class U.S. Mail*

J. Michael Kaler, Esq.
Law Offices of J. Michael Kaler
9930 Mesa Rim Road – Suite 200
San Diego, California 92121

Re: U.S. Patent No. 4,935,184

Dear Mr. Kaler:

We represent Lexar Media in connection with certain intellectual property matters. Your letter of April 16, 2005, to Lexar Media has been forwarded to us for response.

In accordance with 35 U.S.C. §287(b)(5)(C), Lexar Media provided copies of your letter and attachments to its two suppliers of the Accused Product. Both suppliers have confirmed in writing that they do not infringe. Lexar Media's first supplier states that it uses two mold parts and two mold cavities, and that all of the mold parts and cavities are used during the same period of injection. Lexar Media's second supplier also confirms that it uses two separate, independent molds, and thus there are no common mold parts. As a result, it does not appear that the method used by Lexar Media's suppliers even remotely resembles, much less infringes, the method claimed in U.S. Patent No. 4,935,184.

We trust that this resolves the matter.

Very truly yours,

Mark A. Flagel
of LATHAM & WATKINS LLP

LA\1436095.1