© 2004 Lexar Media and its logo are registered trademarks of Lexar Media.
All other trademarks and logos are the property of their respective owners.
Patent Numbers: 6,145,051 / 6,040,997 / 5,606,660 / 5,818,781

- Windows 98 drivers are available online at www.lexarmedia.com/support
- Les pilotes Windows 98 sont disponibles à l'adresse www.lexarmedia.com/support
- Windows 98-Treiber sind online verfügbar unter www.lexarmedia.com/support

Made in China • Fabriqué à China • Hergestellt in China

www.lexarmedia.com

JDS128-445

6 505901 110025