MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                Plaintiff<br><br>  v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>                Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 00095 JW<br><br>**PLAINTIFF'S REQUEST FOR ORAL ARGUMENTS ON PLAINTIFF'S MOTION FOR APPLICATION OF 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**<br><br>Date: June 9, 2008<br>Time: 9:00 A.M.<br>Courtroom 8, 4th Floor<br>Judge: The Hon. James Ware<br><br>*Oral Argument is Respectfully Requested at Hearing on This Matter.* |

PLAINTIFF Jens Erik Sorensen, as trustee of Sorensen Research & Development Trust, hereby requests that the Court hear oral arguments on Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement for the following reasons:

1. The issue of application of the 35 U.S.C. § 295 presumption is not well-settled with existing caselaw; and

2. This issue is of critical importance to the nature of further proceedings in this case.

These matters will more easily be explained to the Court with oral arguments.

DATED this Friday, April 11, 2008.

        JENS ERIK SORENSEN, as Trustee of
        SORENSEN RESEARCH AND DEVELOPMENT
        TRUST, Plaintiff

        /s/ Melody A. Kramer
        Melody A. Kramer, Esq.
        J. Michael Kaler
        Attorney for Plaintiff