JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF DEFENDANT LEXAR MEDIA'S REPLY IN SUPPORT OF ITS MOTION TO STAY THIS LITIGATION PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS |

I, Joseph H. Lee, declare:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for defendant Lexar Media, Inc. in the above-captioned matter. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

2. The U.S. Patent and Trademark Office ("PTO") issues an Electronic Official Gazette ("eOG:P") each week which contains, among other things, a list of all reexamination certificates issued for that week. The eOG:Ps can be found at http://www.uspto.gov/web/patents/patog/ and the list of ex parte reexamination certificates issued for a given week can be found by clicking on that week, clicking Continue, clicking on Browse

1 | Granted Patents, and then clicking on Ex Parte Reexaminations. On April 18, 2008, I visited the eOG:P page and totaled the number of reexamination certificates that had been issued in the first 16 weeks of 2008. This total was 130. A projection for the total number of reexamination certificates issuing for 2008 can be determined by dividing 130 by 16 to get an average number of reexamination certificates issued per week, then multiplying by 52, the number of weeks in a year. Based on the 130 reexamination certificates issued in the first sixteen weeks of 2008, the total number of reexamination certificates for 2008 projects to be 422.

3. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Opposition to Defendant Digital Networks North America, Inc.'s Motion for Stay filed December 27, 2007 in the case of *Sorenson v. Digital Networks North America, Inc.*, U.S.D.C. Northern District of California, Case No. 07-CV-05568 JSW.

4. Attached hereto as Exhibit B is a true and correct copy of Opposition to Defendant's Motion to Stay Pending Outcome of Reexamination Proceedings dated January 25, 2008 in the case of *Sorenson v. Giant International (USA) Ltd.*, U.S.D.C. Southern District of California, Case No. 07-CV-02121-BTM-CAB.

5. Attached hereto as Exhibit C is a true and correct copy of Opposition to Defendant's Motion to Stay Pending Outcome of Reexamination Proceedings dated February 8, 2008 in the case of *Sorenson v. Helen of Troy et al.*, U.S.D.C. Southern District of California, Case No. 07-CV-02278-BTM-CAB.

6. Attached hereto as Exhibit D is a true and correct copy of Order on Defendant's Renewed Motion to Stay dated March 10, 2007 in the case of *Blackboard Inc. v. Desire2Learn, Inc.*, U.S.D.C. Eastern District of Texas, Civil Action No. 9:06CV155.

7.  Attached hereto as Exhibit E is a true and correct copy of a press release from the PTO titled *USPTO Improves Process for Reviewing Patents*, dated July 29, 2005, and located at http://www.uspto.gov/web/offices/com/speeches/05-38.htm.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2008, at Redwood Shores, California.

/s/
_____
Joseph H. Lee