1    JARED BOBROW (Bar No. 133712)
     jared.bobrow@weil.com
2    JOSEPH H. LEE (Bar No. 248046)
     joseph.lee@weil.com
3    WEIL, GOTSHAL & MANGES LLP
     201 Redwood Shores Parkway
4    Redwood Shores, CA  94065
     Telephone: (650) 802-3000
5    Facsimile: (650) 802-3100

6    Attorneys for Defendant
     LEXAR MEDIA, INC.
7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

| | |
|---|---|
| 12  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND | Case No. C08-00095 JW RS |
| 13  DEVELOPMENT TRUST, | [PROPOSED] ORDER GRANTING MOTION TO STAY THIS LITIGATION |
| 14         Plaintiff, | PENDING THE OUTCOME OF REEXAMINATION PROCEEDINGS |
| 15         v. | |
| 16  LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100, | |
| 17 | |
| 18         Defendants. | |

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1         For the reasons set forth by Lexar Media, Inc.'s Motion to Stay This Litigation

2  Pending The Outcome of Litigation Proceedings ("Lexar's Motion to Stay"),

3         IT IS HEREBY ORDERED

4         1.  Lexar's Motion to Stay is GRANTED.  All proceedings are hereby stayed

5  pending the outcome of the United States Patent & Trademark Office's reexaminations of U.S.

6  Patent No. 4,935,184.

7         2.  During the pendency of the reexaminations, Defendant will be required to

8  file a notice every 6 months apprising the Court of any change in the status of those proceedings.

9  IT IS SO ORDERED.

10

11  DATED: _____, 2008

12

13                                 Honorable James Ware
                               United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28