| | |
|---|---|
| 1 | JARED BOBROW (Bar No. 133712) |
|   | jared.bobrow@weil.com |
| 2 | JOSEPH H. LEE (Bar No. 248046) |
|   | joseph.lee@weil.com |
| 3 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 4 | Redwood Shores, CA  94065 |
|   | Telephone: (650) 802-3000 |
| 5 | Facsimile: (650) 802-3100 |
| 6 | Attorneys for Defendant |
|   | LEXAR MEDIA, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. C08-00095 JW RS |
| 14 | Plaintiff, | [PROPOSED] ORDER GRANTING LEXAR MEDIA, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 TO CONTINUE THE HEARING DATE FOR PLAINTIFF'S MOTION FOR 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT |
| 15 | v. | |
| 16 | LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100, | |
| 18 | Defendants. | |

19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

1 | For the reasons set forth by Lexar Media, Inc.'s ("Lexar") Miscellaneous Administrative Request Pursuant to Local Rule 7-11 to Continue the Hearing Date for Plaintiff's Motion for 35 U.S.C. § 295 Presumption of Infringement,

IT IS HEREBY ORDERED

1. Lexar's Miscellaneous Administrative Request Pursuant to Local Rule 7-11 to Continue the Hearing Date for Plaintiff's Motion for 35 U.S.C. § 295 Presumption of Infringement is GRANTED.

2. The hearing date for Plaintiff's Motion for 35 U.S.C. § 295 Presumption of Infringement is hereby continued to July 7, 2008.

IT IS SO ORDERED.

DATED: _____, 2008

_____
Honorable James Ware
United States District Judge