JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST PURSUANT TO LOCAL RULE 7-11 TO CONTINUE THE HEARING DATE FOR PLAINTIFF'S MOTION FOR 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT<br><br>Hon. James Ware |

I, Joseph H. Lee, declare:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for defendant Lexar Media, Inc. in the above-captioned matter. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

2. On April 11, 2008, after filing the Motion for 35 U.S.C. § 295 Presumption of Infringement ("Motion for Presumption"), Sorensen's counsel, J. Michael Kaler, attempted to contact Lexar's lead counsel, Jared Bobrow, and left a voicemail message for Mr. Bobrow requesting post-filing acquiescence to the June 9, 2008, hearing date included in the already-filed Motion for Presumption.

3. As Mr. Bobrow was preparing for an arbitration at the time, he was unable to immediately return the call.

4. On April 16, 2008, I contacted Mr. Kaler to inform him that Mr. Bobrow would be unavailable for most of June, including June 9, 2008, as he would be out of the country.

5. After learning that Lexar's lead counsel would be out of the country and unavailable for most of June, Mr. Kaler proposed that the Motion for Presumption be re-noticed for July 7, 2008, as that would be the earliest date available on the Court's calendar after the end of June.

6. After checking Mr. Bobrow's schedule to determine whether he would be available on July 7, 2008, I attempted to contact Mr. Kaler to confirm that Mr. Bobrow would be available July 7, 2008, and that the Motion for Presumption could be heard on that date.

7. I left both voicemail and e-mail messages with Mr. Kaler on April 22, 2008.

8. Attached hereto as Exhibit A is a true and correct copy of an e-mail from me to Mr. Kaler, dated April 22, 2008.

9. Attached hereto as Exhibit B is a true and correct copy of an e-mail from Mr. Kaler to me and Mr. Bobrow, dated April 22, 2008.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of April, 2008, at Redwood Shores, California.

_____/s/_____
Joseph H. Lee