# EXHIBIT A

| | | |
|---|---|---|
| **Joseph Lee /SV/WGM/US** | To | michael@kalerlaw.com |
| 04/22/2008 12:03 PM | cc | Jared Bobrow/SV/WGM/US@WGM |
| | bcc | |
| | Subject | Hearing date for Sorensen's motion for application of 35 USC sec. 295 |

Hi Michael,

The July 7, 2008, date you counter-proposed for the hearing on Sorensen's motion for application of 35 USC sec. 295 is acceptable. We assume you will take the necessary steps to change the hearing date with the Court; let us know immediately if this is not the case. Feel free to contact me if you have any questions.

--
Joseph H. Lee
Weil, Gotshal & Manges LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
t: 650-802-3245
f: 650-802-3100
e: joseph.lee@weil.com

< END >