1

2

3

4

5

6

7                      IN THE UNITED STATES DISTRICT COURT

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10   Jens Erik Sorensen,                      NO. C 08-00095 JW

11              Plaintiff,                    **ORDER DENYING DEFENDANT'S
                                              MOTION TO STAY**
          v.
12
     Lexar Media, Inc.,
13
                Defendant.
14   _____/

15        Plaintiff Jens Erik Sorensen brings this action as trustee of Sorensen Research and

16   Development Trust, alleging that Defendant Lexar Media, Inc.'s "Jump Drive" product infringes

17   U.S. Patent No. 4,935,184 (the "'184 Patent"). The '184 Patent discloses, *inter alia*, a method for

18   forming injection molded plastic. Before the Court is Defendant's Motion to Stay. (hereafter,

19   "Motion," Docket Item No. 12.) The Court found the motion appropriate for submission without

20   oral argument. See Civ. L.R. 7-1(b). Based on the papers submitted to date, the Court DENIES

21   Defendant's Motion to Stay.

22        Defendant moves to stay pending the outcome of a reexamination of the '184 Patent on the

23   grounds that a stay will conserve judicial resources and avoid prejudice to Defendant. (Motion at 3.)

24   Plaintiff contends that a stay will result in undue delay in resolving the issues in this case.

25   (Plaintiff's Opposition to Defendant's Motion to Stay at 5, Docket Item No. 18.)

26        A court has broad discretion to stay an action before it, pending resolution of other

27   proceedings. Leyva v. Certified Grocers of California, Ltd., 593 F.2d 857, 863-64 (9th Cir. 1979).

28   This authority includes the discretion to stay an action pending the outcome of reexamination

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  proceedings at the United States Patent and Trademark Office ("PTO").  Ethicon, Inc. v. Quigg, 849

2  F.2d 1422, 1426-27 (Fed. Cir. 1988).  However, "[t]he court is not required to stay judicial

3  resolution in view of the reexaminations."  Viskase Corp. v. American Nat. Can Co., 261 F.3d 1316,

4  1328 (Fed. Cir. 2001).

5           In this case, Defendant has not made a sufficient showing to warrant a stay.  While the '184

6  Patent is in reexamination, the examiner at the PTO has not as of yet cancelled any claims or issued

7  a final office action.  (Declaration of Joseph H. Lee in Support of Defendant's Motion to Stay, Ex.

8  C, Docket Item No. 13.)  A reexamination may take up to several years to run its course.  (Id., Ex. F

9  [PTO Ex Parte Reexamination Filing Data, December 31, 2007] at 2.)  As of the 2007, the PTO

10 determined that the average pendency of an ex parte reexamination is two years.  (Id.)  Appeals

11 create potential for the process to take even longer.  In that time, the Court could make substantial

12 progress in interpreting the patent at issue and otherwise moving the action toward resolution.

13          Accordingly, the Court DENIES Defendant's Motion to Stay at this time.  The parties shall

14 attend the case management conference currently set for **June 2, 2008 at 10 a.m.** to discuss a

15 schedule for this case.   Pursuant to the Patent Local Rules, the parties shall file a Joint Case

16 Management Statement on or before **May 23, 2008.**

17          In light of this Order, the hearing on the motion presently scheduled for May 5, 2008 is

18 VACATED.

19

20 Dated:  April 30, 2008

                                                            _____
21                                                           JAMES WARE
                                                            United States District Judge
22

23

24

25

26

27

28                                                    2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Michael Kaler michael@kalerlaw.com
Jared  Bobrow jared.bobrow@weil.com
Melody Ann Kramer mak@kramerlawip.com

**Dated:  April 30, 2008**                                              **Richard W. Wieking, Clerk**


                                                                          By:   /s/ JW Chambers
                                                                              **Elizabeth Garcia**
                                                                              **Courtroom Deputy**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California