IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jens Erik Sorensen, | NO. C 08-00095 JW |
|         Plaintiff,<br>v.<br>Lexar Media, Inc.,<br>        Defendant. | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR THE COURT TO APPLY A PRESUMPTION OF INFRINGEMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court is in receipt of Defendant's motion to continue the hearing on Plaintiff's motion for presumption of infringement and Plaintiff's opposition to Defendant's motion to continue. (See Docket Item Nos. 25, 28.) To provide the parties sufficient time to argue this complex motion, and due to the Court's limited availability in July, the Court continues the hearing on Plaintiff's motion presently set for June 9, 2008 to **June 30, 2008 at 9 a.m.** For the parties' convenience, the Court continues the case management conference from June 2, 2008 to **June 30, 2008 at 10 a.m.** The parties shall submit a Joint Statement pursuant to the Patent Local Rules on or before **June 20, 2008.** The parties may not stipulate to a different hearing date.

In addition, currently pending before the Court is Plaintiff's Amended Motion to Relate cases. (See Docket Item No. 5.) The Court has read the "motion" and does not consider that it has a request to relate or consolidate this case to other cases currently pending in the Southern District of California. The Clerk shall terminate this motion.

Dated: May 8, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Michael Kaler michael@kalerlaw.com
Jared Bobrow jared.bobrow@weil.com
Melody Ann Kramer mak@kramerlawip.com

**Dated: May 8, 2008**                                  **Richard W. Wieking, Clerk**

                                                        **By:   /s/ JW Chambers
                                                              Elizabeth Garcia
                                                              Courtroom Deputy**