1  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
2  9930 Mesa Rim Road, Suite 1600
3  San Diego, California 92121
   Telephone (858) 362-3150
4  mak@kramerlawip.com
5
6  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
7  9930 Mesa Rim Road, Suite 200
8  San Diego, California 92121
   Telephone (858) 362-3151
9  michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　Plaintiff<br>　v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>　　　　　　Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 00095 JW<br><br>**PLAINTIFF'S CIVIL LOCAL RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil Local Rule 3-16, Plaintiff JENS E. SORENSEN, as TRUSTEE OF THE SORENSEN RESEARCH AND DEVELOPMENT TRUST ("SRDT"), certifies that no such interest is known other than that of the named parties to the action.

DATED this Thursday, May 08, 2008.

        JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer
-----
Melody A. Kramer, Esq.
J. Michael Kaler
Attorney for Plaintiff

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Melody A. Kramer, declare: I am and was at the time of this service working within in |
| 3 | the County of San Diego, California. I am over the age of 18 year and not a party to the within |
| 4 | action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, |
| 5 | San Diego, California, 92121. |
| 6 | On Thursday, May 08, 2008 I served the following documents: |

**PLAINTIFF'S CIVIL LOCAL RULE 3.16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Jared Bobrow<br>jared.bobrow@weil.com<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

3.

Case No. 08 cv 00095 JW

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, May 08, 2008, in San Diego, California.

                                                        /s/ Melody A. Kramer
                                                         Melody A. Kramer

4.

Case No. 08 cv 00095 JW