I have further concluded that the physical evidence indicates the use in the Accused Products of processes that infringe claim 1 of the '184 patent, thus satisfying the "substantially likely" requirement of 35 U.S.C. § 295.

I declare under penalty of perjury under the laws of the United States of America that the foregoing paragraphs are true and correct to the best of my own personal knowledge.

DATED this Tuesday, May 20, 2008.

/s/ Stephen Petrie, Ph.D.

_____
Stephen Petrie, Ph.D., Declarant

11.

Case No. 08 CV 00095 JW