# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
650-802-3245
joseph.lee@weil.com

May 20, 2008

*VIA EMAIL*

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

Re:   Sorensen v. Lexar Media, Inc.
      Case No. C08-00095JW

Dear Mr. Kaler:

I write in response to your letter dated May 19, 2008, regarding Sorensen's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement. We were sorry to hear about Mr. Brown's medical situation and wish him a speedy recovery.

With respect to your intention to submit a substitute declaration for the Brown Declaration we believe it would be appropriate for Sorensen to also file a revised motion and brief and to ask the Court to strike the original brief and Brown Declaration (or for Sorensen to withdraw the original motion and accompanying papers). Doing so will minimize the risk of confusion and make clear that Sorensen is no longer relying on the Brown Declaration.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Joseph H. Lee