1  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
2  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA  94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  KEVIN KUDLAC (*pro hac vice* pending)
   kevin.kudlac@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   8911 Capital of Texas Highway
8  Building One, Suite 1350
   Austin, TX  78759
9  Telephone: (512) 349-1930
   Facsimile: (512) 527-0798
10
   Attorneys for Defendant
11 LEXAR MEDIA, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14                 SAN JOSE DIVISION

15

16 JENS ERIK SORENSEN, as Trustee of          Case No. C08-00095 JW RS
   SORENSEN RESEARCH AND
17 DEVELOPMENT TRUST,                         [Proposed] ORDER DENYING
                                              PLAINTIFF'S MOTION FOR
18              Plaintiff,                     APPLICATION OF 35 U.S.C. § 295
                                              PRESUMPTION OF INFRINGEMENT
19       v.
                                              Date:      June 30, 2008
20 LEXAR MEDIA, INC., a Delaware corporation; Time:      9:00 a.m.
   and DOES 1 - 100,                          Courtroom: 8, 4th Floor
21                                            Judge:     Hon. James Ware
                Defendants.
22

23

24

25

26

27

28

1              For the reasons set forth by Lexar Media, Inc.'s Opposition to Plaintiff's Motion

2    for Application of 35 U.S.C. § 295 Presumption of Infringement ("Motion for Presumption of

3    Infringement"),

4              IT IS HEREBY ORDERED

5              1.  Plaintiff's Motion for Presumption of Infringement is DENIED.

6    IT IS SO ORDERED.

7

8    DATED: _____, 2008

9

10                       _____
                                      Honorable James Ware

11                                   United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28