JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice* pending)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF DEFENDANT LEXAR MEDIA'S OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT |

I, Joseph H. Lee, declare:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant in this case. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

---

LEE DEC. ISO DEFENDANT LEXAR MEDIA'S OPPOSITION TO
PLAINTIFF'S MOT. FOR APPLICATION OF 35 U.S.C. § 295                                          Case No. C08-00095 JW RS

2. On May 14, 2008, the parties met and conferred per the Federal Rules of Civil Procedure. During the meet and confer, the parties generally agreed to follow the schedule set by the Patent Local Rules for claim construction.

3. Attached hereto as Exhibit A is a true and correct copy of Interrogatories to Defendant Lexar Media Nos. 1-6.

4. Attached hereto as Exhibit B is a true and correct copy of *Sorensen v. The Black & Decker Corp.*, Case No. 06cv1572 BTM (CAB) (S.D. Cal. Dec. 29, 2006).

5. Attached hereto as Exhibit C is a true and correct copy of *Ajinomoto Co. Inc. v. Archer-Daniels-Midland Co.*, CIV. A. No. 95-218-SLR, 1996 WL 621837 (D. Del. Oct. 21, 1996).

6. Attached hereto as Exhibit D is a true and correct copy of S-Rep. No. 100-83 (1987).

7. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent Number 4,935,184.

8. Attached hereto as Exhibit F is a true and correct copy of Deposition of Stephen Paul Petrie, Ph.D., taken on June 4, 2008.

9. Attached hereto as Exhibit G is a true and correct copy of Protective Order from *Sorensen v. The Black & Decker Corp.*, Case No. 06cv1572 BTM (CAB) (S.D. Cal. Dec. 29, 2006).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of June, 2008, at Redwood Shores, California.

> */s/ Joseph H. Lee*
> Joseph H. Lee