J. MICHAEL KALER, SBN 158296
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

MELODY A. KRAMER, SBN 169984
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                  Plaintiff<br>  v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>                  Defendants. | Case No. 08 CV 00095 JW<br><br>**DECLARATION OF J. MICHAEL KALER IN SUPPORT OF PLAINTIFF'S MOTION FOR APPLICATION OF 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**<br><br>Date: June 30, 2008<br>Time: 9:00 A.M.<br>Courtroom 8, 4th Floor<br>Judge: The Hon. James Ware<br><br>*Oral Argument is Respectfully Requested at Hearing on This Matter.* |

I, J. MICHAEL KALER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("SRDT"), Plaintiff in the above-captioned matter.

3. This declaration is made in support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement.

4. Attached hereto as Exhibit F is a true and correct copy of the letter dated December 6, 2007 from Mr. Kuyper to Ms. Kramer. As can be readily seen from the face of Exhibit F, Lexar's counsel proposed that ONLY Melody Kramer and I could view the documents in question. The agreement demanded by Lexar's counsel forbids showing the documents to expert witnesses or the patentee where it states:

> You have requested copies of correspondence with Lexar's two suppliers showing written assurances that Lexar received. We are conditionally willing to share with you copies of correspondence with suppliers that evidence their written assurances to Lexar of their use of a non-infringing process. We will do so if you, Mr. Kaler, and SRD Trust agree: (1) to keep them confidential and accessed only by you [Ms. Kramer] and Mr. Kaler; (2) to never use them for any purpose other than evaluating SRD Trust's infringement allegations against Lexar concerning the '184 patent; (3) that Lexar has not waived any privileges by sharing them; and (4) that SRD Trust will never claim any waiver as a result of our sharing them.

I declare under penalty of perjury under the laws of the United States of

1  America that the foregoing paragraphs are true and correct to the best of my own
2  personal knowledge.
3  DATED this Monday, June 16, 2008.
4
5
6  /s/ J. Michael Kaler
   J. Michael Kaler, Esq.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3.

Case No. 08 CV 00095 JW

# Exhibit F