UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** June 30, 2008 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-08-0095 JW | **Interpreter:** N/A |
| **Related Case No.:** N/A | |

TITLE

**Jens Erik Sorensen v. Lexar Media Inc.**

**Attorney(s) for Plaintiff(s)**: J. Michael Kaler
**Attorney(s) for Defendant(s)**: Jared Bobrow, Kevin Kudlac, Joseph Lee

PROCEEDINGS

1. Plaintiff's Motion to Apply 35 USC Section 295 Presumption of Infringement
2. Case Management Conference

ORDER AFTER HEARING

Hearing Held on the record. The Court continued this matter to September 8, 2008 at 9:00 AM for Further hearing on Plaintiff's Motion. The Court held the Case Management Conference off the record. The Court set the following dates:

1. Proposed Protective Order due July 2, 2008
2. Plaintiff Request to Court due July 8, 2008
3. Defendant's Response due August 8, 2008
4. Cross-papers due August 29, 2008

Further hearing on Plaintiff's Motion set for September 8, 2008 at 9:00 AM
Further Case Management Conference set for September 8, 2008 at 10:00 AM

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: