UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　　Plaintiff<br>　v.<br>LEXAR MEDIA, INC., *et al*<br>　　　　　　　　　　Defendants. | Case No. C08-00095 JW<br>Case No. CV 08-3094 MHP<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12 (b))** |
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　　　　　　Plaintiff<br>　v.<br>PHILLIPS PLASTICS CORP., *et al*<br>　　　　　　　　　　Defendants. | |

**RELATED CASE ORDER**

A Motion for Administrative Relief to Consider Whether Cases Should be

1.

Case No. 08CV0095
Case No. 08CV3094

1  Related (Civil L.R. 3-12) has been filed. The time for filing an opposition or
2  statement of support has passed. As the judge assigned to the earliest filed case
3  below that bears my initials, I find that the more recently filed case that I have
4  initialed below are related to the case assigned to me, and such case shall be
5  reassigned to me.

6  **C 08-00095 JW    Sorensen v. Lexar Media, Inc.**

8  **C 08-03094 MHP Sorensen v. Phillips Plastics Corp.**
9  **I find that above case is related to the case assigned to me. _____**

11  **ORDER**
12  Counsel are instructed that all future filings in any reassigned case are to bear the
13  initials of the newly assigned judge immediately after the case number. Any case
14  management conference in any reassigned case will be rescheduled by the Court. The
15  parties shall adjust the dates for the conference, disclosures and report required by FRCivP
16  16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions
17  are vacated and must be renoticed by the moving party before the newly assigned judge;
18  any deadlines set by the ADR Local Rules remain in effect; and any deadlines established
19  in a case management order continue to govern, except dates for appearance in court, which
20  will be rescheduled by the newly assigned judge.

22  DATED: _____    _____
                       Judge James Ware

25  DATED: _____    _____
                       Judge Marilyn Hall Patel