**WEIL, GOTSHAL & MANGES LLP**

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
650-802-3034
jared.bobrow@weil.com

July 18, 2008

Hon. James Ware
United States District Court
Northern District of California, San Jose Division
280 South First Street
San Jose, CA 95113

Re: **Sorensen v. Lexar Media, Inc.**
**Case No. C08-00095JW**

Dear Judge Ware:

The parties re-submit the attached [Proposed] Protective Order with a change from the prior [Proposed] Protective Order, filed on July 2, 2008, that allows for the legend designating a document, transcript, or other thing as confidential or highly confidential to be affixed at the bottom, as well as the top, of any page. The [Proposed] Protective Order is otherwise identical to the prior [Proposed] Protective Order and the parties stipulate to its terms. Accordingly, the parties respectfully request the Court adopt the [Proposed] Protective Order being submitted herewith.

Respectfully submitted,

KALER LAW OFFICES
KRAMER LAW OFFICES

By:  /s/ J. Michael Kaler
   J. Michael Kaler
   *Attorneys for Plaintiff*

WEIL, GOTSHAL & MANGES LLP

By:  /s/ Jared Bobrow
   Jared Bobrow
   *Attorneys for Defendant*