1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. C08-00095 JW<br><br>[PROPOSED] RELATED CASE ORDER |
| Plaintiff, | |
| v. | |
| LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100, | |
| Defendants. | |
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, | Case No. CV08-3094 MHP |
| Plaintiff, | |
| v. | Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |
| PHILLIPS PLASTICS CORP., et al., | **No Oral Argument Unless Requested by the Court** |
| Defendants. | |

1  The Honorable Judge James Ware has reviewed the motion and determined that no
2  cases are related and no reassignments shall occur.
3  IT IS SO ORDERED.
4  DATED: _____, 2008

_____
Honorable James Ware
United States District Judge