JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF DEFENDANT LEXAR MEDIA'S OPPOSITION TO PLAINTIFF'S MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12(b)) |
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIPS PLASTICS CORP., et al.,<br><br>Defendants. | Case No. CV08-3094 MHP<br><br><br><br>Courtroom:  8, 4th Floor<br>Judge:  Hon. James Ware<br><br>**No Oral Argument Unless Requested by the Court** |

LEE DEC. ISO DEFENDANT LEXAR MEDIA'S OPPOSITION TO
PLAINTIFF'S LR 7-11 MOT. FOR RELATED CASE

Case No. C08-00095 JW RS

I, Joseph H. Lee, declare:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant in this case. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of Phillips Plastics Corp.'s Notice of Pendency of Other Action or Proceeding Pursuant to Civil L.R. 3-13, filed on July 18, 2008 in *Sorensen v. Phillips Plastic Corp.*, Case No. 08-3094 MHP as Docket No. 12.

3. Attached hereto as Exhibit B is a true and correct copy of Judicial Referral for Purpose of Determining Relationship of Cases, issued on March 26, 2008 in *Sorensen v. Digital Networks N.A.*, Case No. 07-05568 JSW as Docket No. 41.

4. Attached hereto as Exhibit C is a true and correct copy of Plaintiff's Response to Judicial Referral for Purpose of Determining Relationship of Cases, filed on March 31, 2008 in *Digital Networks* as Docket No. 42.

5. Attached hereto as Exhibit D is a true and correct copy of Related Case Order, issued on April 3, 2008 in *Digital Networks* as Docket No. 44.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of July, 2008, at Redwood Shores, California.

          /s/ *Joseph H. Lee*
            Joseph H. Lee