# Exhibit A

NANCY J. GEENEN, CA BAR NO. 135968, NGEENEN@FOLEY.COM
KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3404
TELEPHONE:  415.434.4484
FACSIMILE:  415.434.4507

ROBERT L. BINDER (TO BE ADMITTED *PRO HAC VICE*), RBINDER@FOLEY.COM
**FOLEY & LARDNER LLP**
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI 53202
TELEPHONE (414) 271-2400
FACSIMILE (414) 297-4900

PAVAN K. AGARWAL (TO BE ADMITTED *PRO HAC VICE*), PAGARWAL@FOLEY.COM
**FOLEY & LARDNER LLP**
3000 K STREET, N.W., SUITE 500
WASHINGTON, D.C. 20007-5143
TELEPHONE: (202) 672-5300
FACSIMILE: (202) 672-5399

Attorneys for Defendant/Counterclaim Plaintiff **Phillips Plastics Corporation**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIPS PLASTICS CORPORATION, a Wisconsin Corporation; and DOES 1 THROUGH 100,<br><br>Defendants. | Case No: 08-CV-03094-MHP<br><br>**PHILLIPS PLASTICS CORPORATION'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING PURSUANT TO CIVIL L.R. 3-13** |
| PHILLIPS PLASTICS CORPORATION,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Counterclaim Defendant. | |

Phillips Plastics Corporation ("Phillips") submits this Notice of Pendency of Other Action or Proceeding pursuant to Civil L.R. 3-13.

There is an action pending in the Southern District of California involving a material part of the same subject mater as this action and some of the same parties. The other action is entitled *Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust v. The Black & Decker Corporation, Black & Deckre Inc.; Black & Decker (U.S.) Inc.; Porter-Cable Corporation, Vector Products, Inc., Phillips Plastics Corporation, Hi-Tech Plastics Inc. and B&D Holdings LLC*, U.S. District Court for the Southern District of California, Case No. 06-cv-1572 BTM (Judge Barry Moskowitz).

The San Diego action is a patent infringement action brought by the same plaintiff as in the present case against (among others) the same defendant as in this case, Phillips. In the San Diego action, Sorensen contends, as it does in this action, that Phillips has manufactured two-part plastic pieces using injection molding technology that infringes Sorensen's '184 patent. The accused parts in the San Diego action are the housings for electric drills. In this case, the accused parts are housings for Sears Craftsman tape measures. Based on the allegations in the complaints, it appears that the alleged infringement is identical in both cases. In both cases, Phillips will assert defenses based on the invalidity of the patent, laches and estoppel, and non-infringement, among others.

Phillips (and also Black & Decker) have filed proceedings in the U.S. Patent and Trademark Office ("PTO") for reexamination of the patent pursuant to 35 U.S.C. § 302. The PTO has determined that "substantial new questions of patentability" have been raised under § 303(a) and is proceeding with the reexamination. The District Court in San Diego has stayed the case there pending a determination on the reexamination proceedings. In this case, Phillips shortly will file a motion to transfer the case for all purposes to the Southern District of California under 28 U.S.C. § 1404(a). Alternatively, this case should be transferred to the Southern District of California pursuant to 28 U.S.C. § 1407 for coordinated pretrial proceedings, including the motion to stay and

1  issues related thereto and, if the reexamination sustains the validity of the patent, for
2  claim construction purposes.
3
4
5  DATED:  JULY 18, 2008                                      FOLEY & LARDNER LLP
6
7                                                              BY:        /s/
8                                                                   NANCY J. GEENEN
                                                                Attorneys for Defendant/Counterclaim
9                                                               Plaintiff Phillips Plastics Corporation

2
PHILLIPS' NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
CASE NO. 08-03094-MHP

MILW_7398759.1