# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SORENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>FIRST INTERNATIONAL DIGITAL, INC.<br><br>    Defendant | No. 07-05525 JSW |
| SORENSEN<br><br>    Plaintiff,<br><br>  v.<br><br>DIGITAL NETWORKS OF NORTH AMERICA,<br><br>    Defendant. | No. 07-05568 JSW |
| SORENSEN,<br><br>    Plaintiff,<br><br>  v.<br><br>AMPRO TOOLS CORPORATION,<br><br>    Defendant. | No. 08-00096 CW<br><br>JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES |

Pursuant to Civil L.R. 3-12(c), this Court, *sua sponte*, refers the above-captioned cases to District Judge Jeffrey S. White to consider whether these cases are related. Parties shall file any

1 | response in opposition to or in support of relating the cases
2 | within five (5) days of receipt of this Order.
3
4 | Dated  3/26/08
5 |                                    *[signature: Claudia Wilken]*
  |                                    CLAUDIA WILKEN
6 |                                    United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28