# EXHIBIT A

1  MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE
2  9930 Mesa Rim Road, Suite 1600
   San Diego, California 92121
3  Telephone (858) 362-3150
4
   J. MICHAEL KALER, SBN 158296
5  KALER LAW OFFICES
   9930 Mesa Rim Road, Suite 200
6  San Diego, California 92121
   Telephone (858) 362-3151
7  Email: michael@kalerlaw.com
8
   Attorneys for Plaintiff JENS ERIK SORENSEN,
9  as Trustee of SORENSEN RESEARCH AND
   DEVELOPMENT TRUST
10
                    UNITED STATES DISTRICT COURT
11
               FOR THE NORTHERN DISTRICT OF CALIFORNIA
12

13 | SORENSEN RESEARCH AND                | Case No. C 075525 JSW
   | DEVELOPMENT TRUST,
14 |                          Plaintiff,
15 |    v.                                 | **PLAINTIFF'S RESPONSE TO JUDICIAL
   |                                       | REFERRAL FOR PURPOSE OF
16 | FIRST INTERNATIONAL DIGITAL, INC.     | DETERMINING RELATIONSHIP OF
   |                                       | CASES**
17 |                          Defendant.
                                           Case No. 07-05568 JSW
18 | SORENSEN RESEARCH AND
   | DEVELOPMENT TRUST,
19 |                          Plaintiff,
20 |    v.
21 | DIGITAL NETWORKS NORTH AMERICA,
   |                          Defendant.
22 |                                        Case No. 08-00096 CW
   | SORENSEN RESEARCH AND
23 | DEVELOPMENT TRUST,
   |                          Plaintiff,
24 |    v.
25
   | AMPRO TOOLS CORPORATION
26
   |                          Defendant.
27

28

1  Plaintiff Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("Sorensen") hereby submits its opposition to an order relating the above-captioned cases for the reasons set forth herein.

Pursuant to Civil L.R. 3-12(c), an action is related to another when (1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

*Sorensen v. First International Digital, Inc., et al*, Case No. 07-05525, does not meet these criteria because the case does not have any overlapping defendants or products accused of patent infringement with either of the other two cases, and because a default judgment has already been entered in the case.

*Sorensen v. Digital Networks North America, Inc., et al*, Case No. 07-05568, does not meet these criteria either because the case does not have any overlapping defendants or products accused of patent infringement with either of the other two cases.

*Sorensen v. Ampro Tools Corporation,* Case No. 08-00096, does not meet these criteria because the case does not have any overlapping defendants or products accused of patent infringement with either of the other two cases, and because default has already been entered against the Defendant.

DATED this 31st day of March, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorneys for Plaintiff

Case No. 07cv5568 JSW

2.

## PROOF OF SERVICE

I, Melody A. Kramer declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121. I am a member of the State Bar of California and the Bar of this Court.

On March 31, 2008, I served on the parties to this action the following documents:

**PLAINTIFF'S RESPONSE TO JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| David A. Jakopin<br>Theodore K. Bell<br>tad.bell@pillsburylaw.com<br>Daniel J. Richert<br>Pillsbury Winthrop et al<br>2475 Hanover Street<br>Palo Alto, CA 94304-1114<br>650-233-4545 FAX | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |
| Bradley J. Hulbert<br>hulbert@mbhb.com<br>Richard A. Machonkin<br>machonkin@mbhb.com<br>Kurt W. Rohde<br>rohdek@mbhb.com<br>300 South Wacker Drive<br>Chicago, IL 60606 | Defendant Digital Networks North America, Inc. | Email – Pleadings Filed with the Court |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address

Case No. 07cv5568 JSW

3.

1  represented to be the correct email address for the above noted addressee.

2  [X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed
3  this document via the CM/ECF system for the United States District Court for the
   Southern District of California.

5  I declare that the foregoing is true and correct, and that this declaration was executed on Monday, March 31, 2008, in San Diego, California.

            /s/ Melody A. Kramer
            _____
            Melody A. Kramer

Case No. 07cv5568 JSW

4.