1  NANCY J. GEENEN, CA BAR NO. 135968, NGEENEN@FOLEY.COM
   KIMBERLY K. DODD, CA BAR NO. 235109, KDODD@FOLEY.COM
   **FOLEY & LARDNER LLP**
2  ONE MARITIME PLAZA, SIXTH FLOOR
   SAN FRANCISCO, CA 94111-3404
3  TELEPHONE:    415.434-4484
   FACSIMILE:    415.434-4507

4  ROBERT L. BINDER (TO BE ADMITTED *PRO HAC VICE*), RBINDER@FOLEY.COM
   **FOLEY & LARDNER LLP**
5  777 EAST WISCONSIN AVENUE
   MILWAUKEE, WI 53202
   TELEPHONE (414) 271-2400
6  FACSIMILE (414) 297-4900

7  PAVAN K. AGARWAL (TO BE ADMITTED *PRO HAC VICE*), PAGARWAL@FOLEY.COM
   **FOLEY & LARDNER LLP**
   3000 K STREET, N.W., SUITE 500
8  WASHINGTON, D.C. 20007-5143
   TELEPHONE: (202) 672-5300
   FACSIMILE: (202) 672-5399
9
   Attorneys for Defendant/Counterclaim Plaintiff **Phillips Plastics Corporation**
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14  JENS ERIK SORENSEN, as Trustee of      Case No. 08-00095-JW
    SORENSEN RESEARCH AND                  Case No: 08-03094-MHP
15  DEVELOPMENT TRUST
                                           **[PROPOSED] ORDER DENYING
16          Plaintiff,                     TREATMENT OF CASE NOS. 08-
                                           00095-JW AND 08-03094-MHP AS
17      vs.                                RELATED UNDER L.R. 3-12**

18  LEXAR MEDIA, INC., *et al.*,

19          Defendants.

20  _____

21  JENS ERIK SORENSEN, as Trustee of
    SORENSEN RESEARCH AND
22  DEVELOPMENT TRUST,

23          Plaintiff,

24      vs.

25  PHILLIPS PLASTICS CORP., *et al*.

26          Defendants.

27

28

MILW_7434301.1

1    Pursuant to Civil L.R. 3-12, Plaintiff Jens Erik Sorensen ("Sorensen") has moved

2  the Court to consider whether the above-captioned cases are related.  Defendants Lexar

3  Media, Inc. and Phillips Plastics Corporation have both filed oppositions to Sorensen's

4  motion.

5    After considering the papers relating to Sorensen's motion,

6    IT IS HEREBY ORDERED that Sorensen's motion is DENIED.  Case Nos. 08-

7  00095-JW and 08-03094-MHP shall not be treated as related under Civil L.R. 3-12.

8

9  Dated: _____    _____

10                                          The Honorable James Ware
                                               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER DENYING TREATMENT OF CASES AS RELATED
CASE NOS. 08-00095-JW AND 08-03094-MHP

MILW_7434301.1