JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW<br><br>DECLARATION OF JOSEPH H. LEE IN SUPPORT OF DEFENDANT LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT<br><br>Date:        September 8, 2008<br>Time:        9:00 a.m.<br>Courtroom:   8, 4th Floor<br>Judge:       Hon. James Ware |

I, Joseph H. Lee, declare:

1. I am an associate at the law firm of Weil, Gotshal & Manges LLP, attorneys for Defendant in this case. Unless otherwise stated herein, I have personal knowledge of the facts stated in this declaration and, if called upon by a court of law to do so, could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of Lexar's Responses to Plaintiff's Interrogatories No. 7-10, served on August 6, 2008, which has been filed under seal.

3. Attached hereto as Exhibit B is a true and correct copy of Lexar's Amended Responses to Plaintiff's Interrogatories No. 7-10, served on August 28, 2008, which has been filed under seal.

4. Attached hereto as Exhibit C is a true and correct draft copy of excerpts of the August 22, 2008 deposition of Lexar's 30(b)(6) representative, which has been filed under seal.

5. Attached hereto as Exhibit D is a true and correct copy of pages LEXSDRT000027, 028, 035, 043, 044, and 045, produced to Sorensen on July 22, 2008, which has been filed under seal.

6. Attached hereto as Exhibit E is a true and correct copy of LEXSDRT0001397-1733, produced to Sorensen on August 19, 2008, which has been filed under seal.

7. Attached hereto as Exhibit F is a true and correct copy of LEXSDRT0001734, produced to Sorensen on August 20, 2008, which has been filed under seal.

////

////

1         8.    Attached hereto as Exhibit G is a true and correct copy of excerpts from the June 30, 2008 hearing on Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement.

        I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

        Executed this 29th day of August, 2008, at Redwood Shores, California.

                                                            /s/ Joseph H. Lee
                                                            Joseph H. Lee