| | |
|---|---|
| 1 | JARED BOBROW (Bar No. 133712) |
| 2 | jared.bobrow@weil.com<br>JOSEPH H. LEE (Bar No. 248046) |
| 3 | joseph.lee@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 4 | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 6 | |
| 7 | KEVIN KUDLAC (*pro hac vice*)<br>kevin.kudlac@weil.com |
| 8 | WEIL, GOTSHAL & MANGES LLP<br>8911 Capital of Texas Highway |
| 9 | Building One, Suite 1350<br>Austin, TX 78759 |
| 10 | Telephone: (512) 349-1930<br>Facsimile: (512) 527-0798 |
| 11 | Attorneys for Defendant<br>LEXAR MEDIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>MANUAL FILING NOTIFICATION<br><br>**EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**<br><br>Date:      September 8, 2008<br>Time:      9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:     Hon. James Ware |

DOCUMENTS SUBMITTED UNDER SEAL
THIS ENVELOPE CONTAINS CONFIDENTIAL MATERIAL. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

X    Voluminous Document (PDF file size larger than the efiling system allows)

☐    Unable to Scan Documents

☐    Physical Object (description):

X    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

X    Item Under Seal

☐    Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐    Other (description):

Dated: August 29, 2008                             WEIL, GOTSHAL & MANGES LLP

                                                   BY:      */s/ Jared Bobrow*
                                                        JARED BOBROW
                                                        jared.bobrow@weil.com

                                                        Attorneys for Defendant,
                                                        LEXAR MEDIA, INC.

MANUAL FILING NOTIFICATION                    1                           Case No. C08-00095 JW RS