JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>MANUAL FILING NOTIFICATION<br><br>**EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**<br><br>Date:      September 8, 2008<br>Time:      9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:     Hon. James Ware |

**DOCUMENTS SUBMITTED UNDER SEAL**
THIS ENVELOPE CONTAINS CONFIDENTIAL MATERIAL. IT IS NOT TO BE
OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE
PUBLIC, EXCEPT BY ORDER OF THE COURT.

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

- [X] Voluminous Document (PDF file size larger than the efiling system allows)
- [ ] Unable to Scan Documents
- [ ] Physical Object (description):
- [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
- [X] Item Under Seal
- [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).
- [ ] Other (description):

Dated: August 29, 2008

WEIL, GOTSHAL & MANGES LLP

BY: _/s/ Jared Bobrow_
JARED BOBROW
jared.bobrow@weil.com

Attorneys for Defendant,
LEXAR MEDIA, INC.

Case No. C08-00095 JW RS

MANUAL FILING NOTIFICATION           1