| | |
|---|---|
| 1 | JARED BOBROW (Bar No. 133712) |
| 2 | jared.bobrow@weil.com<br>JOSEPH H. LEE (Bar No. 248046) |
| 3 | joseph.lee@weil.com<br>WEIL, GOTSHAL & MANGES LLP |
| 4 | 201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 802-3000<br>Facsimile: (650) 802-3100 |
| 6 | |
| 7 | KEVIN KUDLAC (*pro hac vice*)<br>kevin.kudlac@weil.com |
| 8 | WEIL, GOTSHAL & MANGES LLP<br>8911 Capital of Texas Highway |
| 9 | Building One, Suite 1350<br>Austin, TX 78759 |
| 10 | Telephone: (512) 349-1930<br>Facsimile: (512) 527-0798 |
| 11 | Attorneys for Defendant<br>LEXAR MEDIA, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>MANUAL FILING NOTIFICATION<br><br>**EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**<br><br>Date: September 8, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. James Ware |

**DOCUMENTS SUBMITTED UNDER SEAL**
THIS ENVELOPE CONTAINS CONFIDENTIAL MATERIAL. IT IS NOT TO BE OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE PUBLIC, EXCEPT BY ORDER OF THE COURT.

## MANUAL FILING NOTIFICATION

Regarding: **EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

X     Voluminous Document (PDF file size larger than the efiling system allows)

☐     Unable to Scan Documents

☐     Physical Object (description):

X     Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

X     Item Under Seal

☐     Conformance with the Judicial Conference Privacy Policy (General Order 53).

☐     Other (description):

Dated: August 29, 2008            WEIL, GOTSHAL & MANGES LLP

BY:     */s/ Jared Bobrow*
           JARED BOBROW
           jared.bobrow@weil.com

Attorneys for Defendant,
LEXAR MEDIA, INC.