1  JARED BOBROW (Bar No. 133712)
   jared.bobrow@weil.com
2  JOSEPH H. LEE (Bar No. 248046)
   joseph.lee@weil.com
3  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
4  Redwood Shores, CA 94065
   Telephone: (650) 802-3000
5  Facsimile: (650) 802-3100

6  KEVIN KUDLAC (*pro hac vice*)
   kevin.kudlac@weil.com
7  WEIL, GOTSHAL & MANGES LLP
   8911 Capital of Texas Highway
8  Building One, Suite 1350
   Austin, TX 78759
9  Telephone: (512) 349-1930
   Facsimile: (512) 527-0798
10
   Attorneys for Defendant
11 LEXAR MEDIA, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

| | |
|---|---|
| 16  JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND | Case No. C08-00095 JW RS |
| 17  DEVELOPMENT TRUST, | MANUAL FILING NOTIFICATION |
| 18            Plaintiff, | EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE |
| 19       v. | IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN |
| 20  LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100, | OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF |
| 21 | U.S.C. § 295 PRESUMPTION OF INFRINGEMENT |
| 22           Defendants. | |
| 23 | Date:       September 8, 2008<br>Time:       9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:      Hon. James Ware |
| 24 | |

25              DOCUMENTS SUBMITTED UNDER SEAL
       THIS ENVELOPE CONTAINS CONFIDENTIAL MATERIAL. IT IS NOT TO BE
26     OPENED NOR ARE ITS CONTENTS TO BE DISPLAYED, REVEALED OR MADE
                   PUBLIC, EXCEPT BY ORDER OF THE COURT.
27

28

# MANUAL FILING NOTIFICATION

Regarding: **EXHIBITS A THROUGH F TO THE DECLARATION OF JOSEPH H. LEE IN SUPPORT OF LEXAR MEDIA'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

- [X] Voluminous Document (PDF file size larger than the efiling system allows)
- [ ] Unable to Scan Documents
- [ ] Physical Object (description):
- [X] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
- [X] Item Under Seal
- [ ] Conformance with the Judicial Conference Privacy Policy (General Order 53).
- [ ] Other (description):

Dated: August 29, 2008                WEIL, GOTSHAL & MANGES LLP

BY: ___/s/ Jared Bobrow___
JARED BOBROW
jared.bobrow@weil.com

Attorneys for Defendant,
LEXAR MEDIA, INC.