# Exh. G

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5    JENS ERK SORENSEN,        )  C-08-00095-JW
                                )
 6            PLAINTIFF,        )  JUNE 30, 2008
                                )
 7              v.              )
                                )
 8    LEXAR MEDIA, INC.,        )  PAGES 1- 24
                                )
 9            DEFENDANT.        )
      _____    )
10                                            .COPY

11

              THE PROCEEDINGS WERE HELD BEFORE

           THE HONORABLE UNITED STATES DISTRICT

14                      JUDGE JAMES WARE

15    A P P E A R A N C E S :

16

17    FOR THE PLAINTIFF:   THE LAW OFFICE OF J. MICHAEL
                           KALER
18                         BY:  MICHAEL KALER
                           9930 MESSA RIM ROAD
19                         SUITE 200
                           SAN DIEGO, CALIFORNIA 92121
20

21    FOR THE DEFENDANT:   WEIL, GOTSHAL & MANGES
                           BY:  JARED BOBROW
22                              KEVIN KUDLAC
                                JOSEPH LEE
23                         201 REDWOOD SHORE PARKWAY
                           REDWOOD SHORES, CALIFORNIA 94065
24

25    OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                               CERTIFICATE NUMBER 8074
```

                                                                1

```
 1    PART OF THIS PROCESS THAT YOU, THAT YOU -- MY STAFF
 2    IS URGING ME TO GET RID OF THE MOTION AND NOT LEAVE
 3    IT ON OUR CALENDAR BECAUSE WHEN ANYTHING IS STILL
 4    ON THE CALENDAR THEY HAVE TO WORRY ABOUT IT, BUT I
 5    THINK I'LL LEAVE IT ON THE CALENDAR, THAT WAY YOU
 6    DON'T HAVE TO RENEW IT.
 7              WHEN IS OUR NEXT AVAILABLE DATE, LIZ,
 8    THIS WOULD BE CONTINUATION OF THIS MOTION?
 9              THE CLERK:  SEPTEMBER 8TH, 2008.
10              THE COURT:  SEPTEMBER 8TH.  ALL RIGHT.
11    SO IF ON OR BEFORE JULY 8TH, YOU MAKE YOUR FORMAL
12    REQUEST ON OR BEFORE AUGUST 8TH, THESE ARE ROUGH
13    DATES, YOU MAKE YOUR RESPONSE, AND THEN THAT WOULD,
14    THAT WOULD PUT YOU IN A POSITION WHERE ON OR BEFORE
15    SEPTEMBER 8TH, YOU CAN BE BACK BEFORE THE COURT
16    LETTING US KNOW WHAT IS GOING ON.
17              CAN YOU BETWEEN NOW AND JULY 8TH, PUT THE
18    THINGS THAT YOU WANT TO SEE IN WRITING?
19              MR. KALER:  ABSOLUTELY, YOUR HONOR.
20    ALTHOUGH WITH THE PROVISO THAT TO ACTUALLY EXAMINE
21    THE MOLD TOOLING, WHICH WOULD BE SOMETHING WE
22    ULTIMATELY WANT TO DO -- I ASSUME THE TOOLING IS IN
23    CHINA.
24              THE COURT:  YES, BUT IF YOU'RE ABLE TO
25    EXAMINE THE TOOLING, I'M GOING TO NOT RULE -- I'M
```

19

## CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED TRANSCRIPTION TO THE BEST OF MY ABILITY.

*[signature]*

IRENE RODRIGUEZ, CSR, CRR
CERTIFICATE NUMBER CSR 8074