| | |
|---|---|
| 1 | JARED BOBROW (Bar No. 133712) |
| 2 | jared.bobrow@weil.com |
|   | JOSEPH H. LEE (Bar No. 248046) |
| 3 | joseph.lee@weil.com |
|   | WEIL, GOTSHAL & MANGES LLP |
| 4 | 201 Redwood Shores Parkway |
|   | Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 802-3000 |
|   | Facsimile: (650) 802-3100 |

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff, <br><br> v. <br><br> LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100, <br><br> Defendants. | Case No. C08-00095 JW RS <br><br> DECLARATION OF SERVICE OF EXHIBITS A THROUGH F OF THE LEE DECLARATION FILED UNDER SEAL <br><br> Date: September 8, 2008 <br> Time: 9:00 a.m. <br> Courtroom: 8, 4th Floor <br> Judge: Hon. James Ware |

DECLARATION OF SERVICE OF EXHIBITS A THROUGH F
OF THE LEE DECLARATION FILED UNDER SEAL

Case No. C08-00095 JW RS

## DECLARATION OF SERVICE

I declare that I am employed with the law firm of Weil, Gotshal & Manges LLP, whose address is 201 Redwood Shores Parkway, Redwood Shores, California 94065-1175. I am not a party to the within cause, and I am over the age of eighteen years. I further declare that on August 29, 2008, I served a copy of:

**EXHIBITS A THROUGH F TO THE LEE DECLARATION FILED UNDER SEAL IN CONNECTION WITH LEXAR'S SUPPLEMENTAL STATEMENT IN OPPOSITION TO PLAINTIFF'S MOTION FOR APPLICATION OF 35 U.S.C. § 295 PRESUMPTION OF INFRINGEMENT**

☒ **BY ELECTRONIC SERVICE** by electronically mailing a true and correct copy through WGM's electronic mail system to the email address(es) set forth in the service list below (with the exception of Exhibits E and F.)

☒ **BY OVERNIGHT DELIVERY** by placing a true copy thereof enclosed in a sealed envelope with overnight delivery fees provided for, addressed as follows, for collection by Federal Express accordance with the firm's ordinary business practices. I am readily familiar with the practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of the firm's business practice the document(s) described above will be deposited by an employee or agent of the firm in a box or other facility regularly maintained by Federal Express for collection on the same day.

| | |
|---|---|
| J. Michael Kaler | Melody A. Kramer |
| Kaler Law Offices | Kramer Law Offices, Inc. |
| 9930 Mesa Rim Road, Suite 200 | 9930 Mesa Rim Road, Suite 1600 |
| San Diego, CA 92121 | San Diego, CA 92121 |
| Telephone: 858-362-3151 | Telephone: 858-362-3150 |
| michael@kalerlaw.com | mak@kramerlawip.com |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 29, 2008 at Redwood Shores, California.

/s/ *Karen A. Gotelli*
Karen A. Gotelli