```
 1  JARED BOBROW (Bar No. 133712)
    jared.bobrow@weil.com
 2  JOSEPH H. LEE (Bar No. 248046)
    joseph.lee@weil.com
 3  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
 4  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
 5  Facsimile: (650) 802-3100

 6
    KEVIN KUDLAC (pro hac vice)
 7  kevin.kudlac@weil.com
    WEIL, GOTSHAL & MANGES LLP
 8  8911 Capital of Texas Highway
    Building One, Suite 1350
 9  Austin, TX 78759
    Telephone: (512) 349-1930
10  Facsimile: (512) 527-0798

11  Attorneys for Defendant
    LEXAR MEDIA, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>  Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>  Defendants. | Case No. C08-00095 JW RS<br><br>DEFENDANT LEXAR MEDIA, INC.'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date:       September 8, 2008<br>Time:       9:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:      Hon. James Ware |

Pursuant to Civil Local Rules 7-11 and 79-5, Lexar Media, Inc. ("Lexar") hereby moves to file under seal Exhibits A through F to the Lee Declaration filed in connection with Lexar's Supplemental Statement In Opposition To Plaintiff's Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement.

Portions of this document contain information that has been designated as "Confidential" or "Highly Confidential - Attorneys' Eyes Only" under the Protective Order in this case and relate to the process by which the product accused by the Plaintiff of being made by an infringing process is manufactured. The disclosure of these documents, for instance to competitors or others in the industry, may harm Lexar and/or its suppliers.

As required by Civil Local Rule 79-5(b), Lexar is lodging with the Clerk two copies of these documents (for filing under seal).

This request is narrowly tailored to seal only the material for which good cause to seal has been established. The Plaintiff has stipulated, under Rule 7-12, to Lexar's request to file documents under seal, and a proposed order consisting of an endorsement on the stipulation has been filed with this request. For the foregoing reasons, Lexar respectfully requests that the Court grant Lexar's Miscellaneous Administrative Request to Seal Documents.

Dated: August 29, 2008                    WEIL, GOTSHAL & MANGES LLP


                                          BY: _____/s/ Jared Bobrow_____
                                               JARED BOBROW
                                               jared.bobrow@weil.com

                                               Attorneys for Defendant,
                                               LEXAR MEDIA, INC.