JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>[PROPOSED] ORDER GRANTING LEXAR MEDIA'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date:        September 8, 2008<br>Time:        9:00 a.m.<br>Courtroom:   8, 4th Floor<br>Judge:       Hon. James Ware |

1          Having considered Lexar Media, Inc.'s Rule 7-11 Motion for Administrative Relief to File Documents Under Seal, and the joint stipulation of the parties submitted under Civ. L.R. 7-12, IT IS HEREBY ORDERED that Exhibits A through F of the Declaration of Joseph H. Lee in connection with Lexar Media, Inc.'s Supplemental Statement In Opposition To Plaintiff's Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement submitted to the Clerk's Office on August 29, 2008 shall be received and filed under seal by the Clerk.

        IT IS SO ORDERED.

DATED: _____, 2008

                                                      _____
                                                          Hon. James Ware
                                              United States District Court Judge