# EXHIBIT 11



FIG.1

FIG.2