# EXHIBIT R

 

**Atergi Technology Co.,LTD**
No.6,Singhua Rd , Taoyuan City  Taoyuan County
330  Taiwan,R O C
TEL : 886-3-2622345 分機123
FAX : 886-3-2622728~9
E-mail:keson@atg.com.tw
Http://www.atg.com.tw

Vice Manage Of Administration Dept
Keson Chang

**Atergi Technology(DongGuan)Ltd.**
The Fuan Industrial Area of Shutian-HuMen
-Dongguan(PRC)
TEL  +86-769-85703399
FAX  +86-769-85703366

SD · CF · PCMCIA · Adapter · Connector · Smart Card

LEXSRDT0000920