MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br>v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>Defendants.<br>_____<br>and related counterclaims. | Case No. 08 cv 00095 JW<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION FOR SEALING ORDER RELATING TO DOCUMENTS DESIGNATED CONFIDENTIAL BY ANOTHER PARTY PURSUANT TO CIVIL L.R. 79-5(d) and 7-11**<br><br>Date: September 8, 2008<br>Time: 9:00 A.M.<br>Courtroom 8, 4th Floor<br>Judge: The Hon. James Ware |

Plaintiff Jens Erik Sorensen, as trustee for Sorensen Research and Development Trust ("Sorensen"), wishes to file documents with the Court in support of Plaintiff's Supplemental Brief in Support of Plaintiff's Motion for Application for

35 U.S.C. § 295 Presumption of Infringement that have been designated "Confidential" or "Highly Confidential" by Defendant Lexar Media, Inc. under the Protective Order in this case, or reference such documents.  Therefore, this Administrative Motion is submitted pursuant to L.R. 79-5(d).

The documents lodged herewith, all exhibits and documents filed in connection with Supplemental Brief in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement, are as follows:

- Exhibits C – H, J-N, to the Kramer Declaration;
- Unredacted version of Kramer Declaration;
- Exhibits 1-10, and 12-14, to the Petrie Declaration;
- Unredacted version of Declaration of Stephen Petrie, Ph.D.; and
- Unredacted Supplemental Brief in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement

A stipulation pursuant to L.R. 7-11 is submitted concurrently herewith.

Dated:  August 29, 2008

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff


BY:     */s/ J. Michael Kaler*
J. MICHAEL KALER
michael@kalerlaw.com

Melody A. Kramer
mak@kramerlawip.com

Attorneys for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Friday, August 29, 2008 I served the following documents:

**PLAINTIFF'S ADMINISTRATIVE MOTION FOR SEALING ORDER RELATING TO DOCUMENTS DESIGNATED CONFIDENTIAL BY ANOTHER PARTY PURSUANT TO CIVIL L.R. 79-5(d) and 7-11**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Jared Bobrow<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>jared.bobrow@weil.com | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF<br><br>(lodged documents were sent by Federal Express, but not publicly filed) |
| Kevin Kudlac<br>Weil, Gotshal & Manges LLP<br>8911 Capital of Texas Highway<br>Suite 1350<br>Austin, TX 78759<br>Kevin.kudlac@weil.com | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

[X] (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

[ ] (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

[ ] (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

| | |
|---|---|
| [X] | (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California. |
| [ ] | (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee. |

I declare that the foregoing is true and correct, and that this declaration was executed on Friday, August 29, 2008, in San Diego, California.

                                                    /s/ Melody A. Kramer
                                                    Melody A. Kramer