1  JARED BOBROW (Bar No. 133712)
2  JOSEPH H. LEE (Bar No. 248046)
   WEIL, GOTSHAL & MANGES LLP
3  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
4  Telephone: (650) 802-3000

5  KEVIN KUDLAC (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
6  8911 Capital of Texas Highway
   Suite 1350
7  Austin, TX 78759
8  Telephone: (512) 349-1930

9  Attorneys for Defendant LEXAR MEDIA, INC.

10 MELODY A. KRAMER, SBN 169984
   KRAMER LAW OFFICE, INC.
11 9930 Mesa Rim Road, Suite 1600
12 San Diego, California 92121
   Telephone (858) 362-3150
13
14 J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
15 9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
16 Telephone (858) 362-3151

17 Attorneys for Plaintiff SORENSEN

18                    UNITED STATES DISTRICT COURT

19                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

20 | JENS ERIK SORENSEN, as Trustee of      ) Case No. 08 cv 00095 JW
21 | SORENSEN RESEARCH AND                  )
   | DEVELOPMENT TRUST,                     )
22 |                                        ) **STIPULATION PURSUANT TO CIVIL**
   |                  Plaintiff             ) **L.R. 7-12**
23 |   v.                                   )
   |                                        )
24 | LEXAR MEDIA, INC., a Delaware Corporation; ) Date: September 8, 2008
25 | and DOES 1 – 100,                      ) Time: 9:00 A.M.
   |                                        ) Courtroom 8, 4th Floor
26 |                  Defendants.           ) Judge: The Hon. James Ware
   |                                        )
27 | and related counterclaims.             )
28 |                                        )

Lexar Media, Inc. ("Lexar") and Jens Erik Sorensen, as trustee for Sorensen Research and Development Trust ("Sorensen"), do hereby stipulate to the parties' respective petitions to the Court to authorize the filing of the following listed documents under seal:

<u>Defendant Lexar -</u>

- Exhibits A through F to the Lee Declaration filed in connection with Lexar's Supplemental Statement In Opposition To Plaintiff's Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement.

<u>Plaintiff Sorensen -</u>

The following exhibits and documents filed in connection with Supplemental Brief in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement:

- Exhibits C – H, J-N, to the Kramer Declaration;
- Unredacted version of Kramer Declaration;
- Exhibits 1-10, and 12-14, to the Petrie Declaration;
- Unredacted version of Declaration of Stephen Petrie, Ph.D.; and
- Unredacted Supplemental Brief in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement

Dated:  August 29, 2008                    WEIL, GOTSHAL & MANGES LLP

                                           BY:      */s/ Jared Bobrow*
                                                  JARED BOBROW
                                                  jared.bobrow@weil.com

                                                Attorneys for Defendant,
                                                LEXAR MEDIA, INC.

2.

Case No. 08 cv 00095 JW

| | |
|---|---|
| Dated:  August 29, 2008 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff |
| | BY: _/s/ J. Michael Kaler_ |
| | J. MICHAEL KALER |
| | michael@kalerlaw.com |
| | Melody A. Kramer |
| | mak@kramerlawip.com |
| | Attorneys for Plaintiff |