JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant LEXAR MEDIA, INC.

MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121
Telephone: (858) 362-3150

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121
Telephone: (858) 362-3151

Attorneys for Plaintiff SORENSEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE DIVISION)

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>STIPULATION PURSUANT TO CIVIL L. R. 7-12<br><br>Date:          September 8, 2008<br>Time:         9:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:        Hon. James Ware |

STIPULATION PURSUANT TO L.R. 7-12

Case No. C08-00095 JW RS

1  Lexar Media, Inc. ("Lexar") and Jens Erik Sorensen, as trustee for Sorensen
2  Research and Development Trust ("Sorensen"), do hereby stipulate to the parties' respective
3  petitions to the Court to authorize the filing of the following listed documents under seal:

4  <u>Defendant Lexar:</u>

5  - Exhibits A through F to the Lee Declaration filed in connection with
6    Lexar's Supplemental Statement In Opposition To Plaintiff's Motion For
7    Application Of 35 U.S.C. § 295 Presumption Of Infringement.

8  <u>Plaintiff Sorensen:</u>

9  The following exhibits and documents filed in connection with Supplemental Brief
10 in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement:

11 - Exhibits C – H, J-M, and R, to the Kramer Declaration;
12 - Unredacted version of Kramer Declaration;
13 - Exhibits 1-10, and 12-14, to the Petrie Declaration;
14 - Unredacted version of Declaration of Stephen Petrie, Ph.D.; and
15 - Unredacted Supplemental Brief in Support of Plaintiff's Motion for
16   Application of 35 U.S.C. § 295 Presumption of Infringement

18  Dated: August 29, 2008                           WEIL, GOTSHAL & MANGES LLP

20                                         BY:    /s/ Jared Bobrow
                                                  JARED BOBROW
21                                                jared.bobrow@weil.com

22                                                Attorneys for Defendant,
                                                  LEXAR MEDIA, INC.

Case No. C08-00095 JW RS

STIPULATION PURSUANT TO L.R. 7-12                    1

| | |
|---|---|
| 1  Dated: August 29, 2008 | JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff |

BY:  */s/ Melody A. Kramer*
MELODY A. KRAMER
mak@kramerlawip.com

J. MICHAEL KALER
michael@kalerlaw.com

Attorneys for Plaintiff

STIPULATION PURSUANT TO L.R. 7-12         2         Case No. C08-00095 JW RS