United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jens Erik Sorensen, | NO. C 08-00095 JW |
|     Plaintiff, | **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO APPLY A PRESUMPTION OF INFRINGEMENT; CONTINUING CASE MANAGEMENT CONFERENCE** |
|     v. | |
| Lexar Media, Inc., | |
|     Defendant. | |

On June 30, 2008, the Court conducted a hearing on Plaintiff's Motion to Apply Presumption of Infringement and a Case Management Conference. Based on the oral argument at the hearing and the discussion with the parties during the conference, the Court continued the hearing on Plaintiff's Motion to September 8, 2008 to give Defendant an opportunity to comply with certain discovery requests, which if deemed sufficient, would moot Plaintiff's Motion. The Court set a briefing schedule which required the parties to file cross-supplemental briefing on or before **August 29, 2008**. (See Minute Oder, Docket Item No. 40.) Defendant has duly complied with the Court's Order. (See Docket Item No. 54.) To date, Plaintiff has yet to file its supplemental brief as required by the Court.

Accordingly, the Court continues the hearing currently set for September 8, 2008 to **September 12, 2008 at 10 a.m.** On or before **September 5, 2008**, Plaintiff shall file and serve its

1  supplement briefing, specifically addressing the issues raised by Defendant's supplemental
2  statement. Defendant shall file and serve its reply, if any, on or before **September 8, 2008.**
3  The Court will also conduct a Case Management Conference on **September 12, 2008 at**
4  **10:30 a.m.**

6  Dated:  September 3, 2008                                   _____
                                                                JAMES WARE
7                                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

James Michael Kaler michael@kalerlaw.com
Jared Bobrow jared.bobrow@weil.com
Melody Ann Kramer mak@kramerlawip.com

**Dated: September 3, 2008**                **Richard W. Wieking, Clerk**

                                            **By:   /s/ JW Chambers**
                                               **Elizabeth Garcia**
                                               **Courtroom Deputy**