JARED BOBROW (Bar No. 133712)
jared.bobrow@weil.com
JOSEPH H. LEE (Bar No. 248046)
joseph.lee@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
kevin.kudlac@weil.com
WEIL, GOTSHAL & MANGES LLP
8911 Capital of Texas Highway
Building One, Suite 1350
Austin, TX 78759
Telephone: (512) 349-1930
Facsimile: (512) 527-0798

Attorneys for Defendant
LEXAR MEDIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW RS<br><br>[PROPOSED] ORDER GRANTING LEXAR MEDIA'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>Date:       September 12, 2008<br>Time:       10:00 a.m.<br>Courtroom:  8, 4th Floor<br>Judge:      Hon. James Ware |

    Having considered Sorensen's Rule 7-11 Motion for Administrative Relief to File Documents Under Seal, and the joint stipulation of the parties submitted under Civ. L.R. 7-12, IT IS HEREBY ORDERED that the following documents be received and filed under seal by the Clerk:

  a. Unredacted version of the Declaration of Melody Kramer in Support of Supplemental Brief to Plaintiff's Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement ("Kramer Decl.");

  b. Exhibits C-H and K-M to the Kramer Decl.;

  c. Unredacted version of the Supplemental Declaration of Stephen Petrie, Ph.D. in Support of Plaintiff's Supplemental Briefing in Support of Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement ("Petrie Decl.");

  d. Exhibits 1-10 and 12-14 to the Petrie Decl.; and

  e. Unredacted Supplemental Brief in Support of Plaintiff's Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement.

  IT IS SO ORDERED.

DATED: _____, 2008

                Hon. James Ware
                United States District Court Judge