# EXHIBIT D

Case 5:08-cv-00095-JW    Document 65-5    Filed 09/08/2008    Page 1 of 2

# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065

(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
*650-802-3245*
*joseph.lee@weil.com*

July 22, 2008

J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

Re: **Sorensen v. Lexar Media, Inc.**
**Case No. C08-00095JW**

Dear Mr. Kaler:

Enclosed please find a CD bearing Bates numbers LEXSRDT000001 – LEXSRDT000073, which is produced subject to, and without waiver of, Lexar's forthcoming objections to Sorensen's Request for Production of Documents (Set One), including but not limited to Lexar's claims of attorney-client privilege and work product immunity. Please note the documents are designated "Highly Confidential –Attorneys' Eyes Only," and should be treated accordingly.

If you have any questions, please do not hesitate to contact me.

Sincerely,

/s/ Joseph Lee

Joseph H. Lee

Enclosures
cc: Melody Kramer (without enclosures)