# EXHIBIT G

<table>
<tr><td></td><td>WEIL, GOTSHAL & MANGES LLP<br>201 REDWOOD SHORES PARKWAY<br>REDWOOD SHORES, CA 94065<br>(650) 802-3000<br>FAX: (650) 802-3100</td><td>AUSTIN<br>BOSTON<br>BUDAPEST<br>DALLAS<br>FRANKFURT<br>HONG KONG<br>HOUSTON<br>LONDON<br>MIAMI<br>MUNICH<br>NEW YORK<br>PARIS<br>PRAGUE<br>PROVIDENCE<br>SHANGHAI<br>WARSAW<br>WASHINGTON, D.C.</td></tr>
</table>

DIRECT LINE
650-802-3245
joseph.lee@weil.com

August 5, 2008

*VIA EMAIL*
J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

Re:    Sorensen v. Lexar Media, Inc.
       Case No. C08-00095 JW

Dear Mr. Kaler:

I write in response to your emails of July 31, 2008, and August 4, 2008, concerning the scheduling of the deposition of a FRCP 30(b)(6) witness on the topics enumerated in Sorensen's Deposition Notice for Defendant Lexar Media Inc., re Process ("Notice"). I also write in furtherance of our call on July 31, 2008.

As explained to you during our call on July 31, 2008, it is Lexar's position that this deposition is premature as Lexar is attempting to arrange for Sorensen to have an opportunity to physically inspect the tooling used to make Lexar's products prior to September 8, 2008, the date scheduled by the Court to hear Sorensen's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement ("Motion"). Indeed, Lexar is attempting to arrange for these inspections prior to the August 29, 2008 date the Court has scheduled for supplemental statements on the Motion. Nevertheless, and in spite of Sorensen's failure to meet and confer prior to serving the Notice, as is required under Civil. L.R. 30-1, Lexar is willing to cooperate with Sorensen to come to an agreement concerning a deposition of Lexar's corporate representative on the topics enumerated in the Notice, subject to Lexar's objections to the Notice and the topics therein, which Lexar will serve by August 6, 2008.

As we discussed during the call, we are unable to provide the witness Lexar intends to designate on Sorensen's unilaterally scheduled original date of August 15, 2008. However, Lexar can present a witness for deposition on August 22, 2008.

WEIL, GOTSHAL & MANGES LLP

J. Michael Kaler
August 5, 2008
Page 2


      As you have previously indicated that August 22, 2008, would be a suitable date for you, Lexar plans on moving forward with that date. Please let us know immediately if Sorensen has changed its position.

                                       Sincerely,

                                       _____/s/ Joseph Lee_____

                                       Joseph H. Lee

cc: Melody Kramer