# EXHIBIT H

Case 5:08-cv-00095-JW    Document 65-9    Filed 09/08/2008    Page 1 of 2

**WEIL, GOTSHAL & MANGES LLP**

201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
WARSAW
WASHINGTON, D.C.

DIRECT LINE
650-802-3245
joseph.lee@weil.com

August 19, 2008

*VIA EMAIL AND WORLD COURIER*
Melody A. Kramer
9930 Mesa Rim Road, Suite 1600
San Diego, CA  92121

Re:  Sorensen v. Lexar Media, Inc.
     Case No. C08-00095 JW

Dear Ms. Kramer:

Please find enclosed a CD with documents bearing production numbers LEXSRDT00000074 – LEXSDRT0001733.  Some documents are designated CONFIDENTIAL or HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY pursuant to the Protective Order.

Please let me know if you have any questions.

Sincerely,

/s/ Joseph Lee
Joseph H. Lee

Enclosure
cc:  J. Michael Kaler (w/o Enc. *Via E-Mail*)