# EXHIBIT J

## WEIL, GOTSHAL & MANGES LLP

201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
WARSAW
WASHINGTON, D.C.

DIRECT LINE
650-802-3245
joseph.lee@weil.com

August 27, 2008

*VIA EMAIL AND FEDERAL EXPRESS*
J. Michael Kaler
Kaler Law Offices
9930 Mesa Rim Road, Suite 200
San Diego, CA 92121

Re:  Sorensen v. Lexar Media, Inc.
     Case No. C08-00095 JW

Dear Mr. Kaler:

Please find enclosed a CD with a document bearing bates number LEXSRDT0001735 – LEXSRDT0001766. Please note that this document is designated CONFIDENTIAL.

Please let me know if you have any questions.

Sincerely,

/s/ Joseph Lee
Joseph H. Lee

Enclosure
cc: Melody Kramer (w/o Enc. *Via E-Mail*)