# EXHIBIT L

Case 5:08-cv-00095-JW   Document 65-13   Filed 09/08/2008   Page 1 of 2

**WEIL, GOTSHAL & MANGES LLP**

201 REDWOOD SHORES PARKWAY

REDWOOD SHORES, CA 94065

(650) 802-3000

FAX: (650) 802-3100

AUSTIN
BOSTON
BUDAPEST
DALLAS
FRANKFURT
HONG KONG
HOUSTON
LONDON
MIAMI
MUNICH
NEW YORK
PARIS
PRAGUE
PROVIDENCE
SHANGHAI
WARSAW
WASHINGTON, D.C.

DIRECT LINE
650-802-3245
joseph.lee@weil.com

June 23, 2008

***VIA EMAIL***
Melody A. Kramer
Kramer Law Offices, Inc.
9930 Mesa Rim Road, Suite 1600
San Diego, CA 92121

      Re:    <u>Sorensen v. Lexar Media, Inc.
               Case No. C08-00095 JW</u>

Dear Ms. Kramer:

        This letter confirms our agreement, reached telephonically, that, under Federal Rules of Civil Procedure 29 and 33(b)(2), the parties hereby stipulate that the time for Lexar's response to Plaintiff's Interrogatories to Defendant Lexar Media, Inc. (Set One) Nos. 1 thru 6, dated May 22, 2008, is extended by two weeks, to July 7, 2008. If a protective order is not yet entered in this case by July 7, 2008, Lexar reserves the right to request an additional extension to ensure the confidentiality of its information.

        The parties also stipulate that the time for Plaintiff's response to Lexar's First Set of Requests for Production and Lexar's First Set of Interrogatories, both dated June 16, 2008, is extended by two weeks, to July 30, 2008. In addition, Lexar agrees to amend its initial disclosures to provide the job title and, if known, current employer of all individuals identified by Lexar as having knowledge of the Accused Product.

        If you do not agree that this reflects our agreement, please let me know immediately.

                                      Sincerely,

                                      Joseph H. Lee

cc:     J. Michael Kaler