1  JARED BOBROW (Bar No. 133712)
   JOSEPH H. LEE (Bar No. 248046)
2  WEIL, GOTSHAL & MANGES LLP
3  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
4  Telephone: (650) 802-3000

5  KEVIN KUDLAC (*pro hac vice*)
   WEIL, GOTSHAL & MANGES LLP
6  8911 Capital of Texas Highway
7  Suite 1350
   Austin, TX 78759
8  Telephone: (512) 349-1930

9  Attorneys for Defendant LEXAR MEDIA, INC.

10 MELODY A. KRAMER, SBN 169984
11 KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
12 San Diego, California 92121
   Telephone (858) 362-3150
13
14 J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
15 9930 Mesa Rim Road, Suite 200
   San Diego, California 92121
16 Telephone (858) 362-3151

17 Attorneys for Plaintiff SORENSEN

GRANTED
*James Ware*
Judge James Ware

9/10/2008

18                    UNITED STATES DISTRICT COURT

19                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

20 | JENS ERIK SORENSEN, as Trustee of      ) Case No. 08 cv 00095 JW
   | SORENSEN RESEARCH AND                  )
21 | DEVELOPMENT TRUST,                     )
                                            ) **STIPULATION PURSUANT TO CIVIL**
22 |                    Plaintiff           ) **L.R. 7-12**
                                            )
23 |     v.                                 )
                                            )
24 | LEXAR MEDIA, INC., a Delaware Corporation; ) Date: September 8, 2008
   | and DOES 1 – 100,                      ) Time: 9:00 A.M.
25 |                                        ) Courtroom 8, 4th Floor
   |                    Defendants.         ) Judge: The Hon. James Ware
26 |                                        )
27 | and related counterclaims.             )
                                            )
28

1  Lexar Media, Inc. ("Lexar") and Jens Erik Sorensen, as trustee for Sorensen
2  Research and Development Trust ("Sorensen"), do hereby stipulate to the parties'
3  respective petitions to the Court to authorize the filing of the following listed
4  documents under seal:

<u>Defendant Lexar -</u>

- Exhibits A through F to the Lee Declaration filed in connection with Lexar's Supplemental Statement In Opposition To Plaintiff's Motion For Application Of 35 U.S.C. § 295 Presumption Of Infringement.

<u>Plaintiff Sorensen -</u>

The following exhibits and documents filed in connection with Supplemental Brief in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement:

- Exhibits C – H, J-N, to the Kramer Declaration;
- Unredacted version of Kramer Declaration;
- Exhibits 1-10, and 12-14, to the Petrie Declaration;
- Unredacted version of Declaration of Stephen Petrie, Ph.D.; and
- Unredacted Supplemental Brief in Support of Plaintiff's Motion for Application of 35 U.S.C. § 295 Presumption of Infringement

Dated: August 29, 2008                    WEIL, GOTSHAL & MANGES LLP

BY:     */s/ Jared Bobrow*
          JARED BOBROW
          jared.bobrow@weil.com

          Attorneys for Defendant,
          LEXAR MEDIA, INC.

1 | Dated: August 29, 2008

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

BY:   */s/ J. Michael Kaler*
J. MICHAEL KALER
michael@kalerlaw.com

Melody A. Kramer
mak@kramerlawip.com

Attorneys for Plaintiff

IT IS SO ORDERED:

The requested documents are GRANTED to be filed under seal.

Dated: September 10, 2008

_____
United States District Judge