|   |   |
|---|---|
| 1 | JARED BOBROW (Bar No. 133712) |
|   | jared.bobrow@weil.com |
| 2 | JOSEPH H. LEE (Bar No. 248046) |
|   | joseph.lee@weil.com |
| 3 | WEIL, GOTSHAL & MANGES LLP |
|   | 201 Redwood Shores Parkway |
| 4 | Redwood Shores, CA  94065 |
|   | Telephone: (650) 802-3000 |
| 5 | Facsimile: (650) 802-3100 |
| 6 | KEVIN KUDLAC (*pro hac vice*) |
|   | kevin.kudlac@weil.com |
| 7 | WEIL, GOTSHAL & MANGES LLP |
|   | 8911 Capital of Texas Highway |
| 8 | Building One, Suite 1350 |
|   | Austin, TX 78759 |
| 9 | Telephone: (512) 349-1930 |
|   | Facsimile: (512) 527-0798 |
| 11 | Attorneys for Defendant |
|   | LEXAR MEDIA, INC. |

**GRANTED**
*Judge James Ware*

11/24/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | **Case No. C08-00095 JW RS**<br><br>**JOINT STIPULATION REGARDING EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS** |

**JOINT STIPULATION REGARDING EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS**

Case No. C08-00095 JW RS

Pursuant to Civil Local Rule 6-1(a), Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust and Defendant Lexar Media, Inc. agree to extend the time by which Lexar must serve its invalidity contentions under Patent Local Rule 3-3 to November 24, 2008.

**SO STIPULATED**

Dated:  November 17, 2008                                    WEIL, GOTSHAL & MANGES LLP


BY:       */s/ Kevin Kudlac*
          Kevin Kudlac (*pro hac vice*)
          kevin.kudlac@weil.com
          WEIL, GOTSHAL & MANGES LLP
          8911 Capital of Texas Highway
          Building One, Suite 1350
          Austin, TX 78759
          Telephone: (512) 349-1930
          Facsimile: (512) 527-0798

          Attorney for Defendant
          LEXAR MEDIA, INC.

Dated:  November 17, 2008                                    KRAMER LAW OFFICE, INC.


BY:       */s/ Melody Kramer*
          Melody A. Kramer (Bar No. 169984)
          mak@kramerlawip.com
          KRAMER LAW OFFICE, INC.
          9930 Mesa Rim Road, Suite 1600
          San Diego, CA 92121
          Telephone: (858)362-3150

          Attorney for Plaintiff
          JENS ERIK SORENSEN, as Trustee of
          SORENSEN RESEARCH AND
          DEVELOPMENT TRUST

**JOINT STIPULATION REGARDING EXTENSION OF TIME TO SERVE INVALIDITY CONTENTIONS**            1            Case No. C08-00095 JW RS

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Melody A. Kramer.

Dated: November 17, 2008               WEIL, GOTSHAL & MANGES LLP


BY: _____*/s/ Kevin Kudlac*_____
  Kevin Kudlac (*pro hac vice*)
  kevin.kudlac@weil.com
  WEIL, GOTSHAL & MANGES LLP
  8911 Capital of Texas Highway
  Building One, Suite 1350
  Austin, TX 78759
  Telephone: (512) 349-1930
  Facsimile: (512) 527-0798

  Attorneys for Defendant,
  LEXAR MEDIA, INC.