UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 JW<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF JOSEPH H. LEE AS COUNSEL FOR LEXAR MEDIA, INC.<br><br>Hon. James Ware |

IT IS HEREBY ORDERED that the request for withdrawal of Joseph H. Lee as counsel of record for Lexar Media, Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: February 15 2011

*/s/ James Ware*

HONORABLE JAMES WARE
United States District Court Judge