

1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>            Plaintiff<br>   v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 – 100,<br><br>            Defendants.<br>_____<br>and related counterclaims.<br> | Case No. 08cv00095 EJD<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S MOTION FOR ORDER SHORTENING TIME FOR HEARING ON THE MOTION FOR IMMEDIATE LIFT OF STAY IN LIGHT OF BPAI REVERSAL OF EXAMINER'S REJECTIONS AND ISSUANCE OF NIRC**<br><br>[RE:  Docket Item No. 171] |

1   THE COURT, having reviewed Plaintiff's Motion to Shorten Time for
2   Hearing on Plaintiff's Motion for Immediate Lift of Stay in Light of BPAI Reversal
3   of Examiner's Rejections and Issuance of NIRC and, finding good cause, moves the
4   hearing date from December 9, 2011 to August 5, 2011, on the following conditions:
5   The parties shall notify the Court immediately upon receipt of the reexamination
6   certificate.  Should the parties fail to notify the Court prior to July 29, 2011
7   regarding receipt of the reexamination certificate, the Motion for Immediate Lift of
8   Stay in Light of BPAI Reversal of Examiner's Rejections and Issuance of NIRC
9   shall be taken off calendar for August 5, 2011 and must be re-noticed for a new
10  hearing date.

IT IS SO ORDERED.
Dated: June 16, 2011

_____
EDWARD J. DAVILA
UNITED STATES DISTRICT COURT