UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>　　　　　Defendants. | Case No. C08-00095 EJD<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL OF CHRISTIAN J. HURT AS COUNSEL FOR LEXAR MEDIA, INC.<br><br>Hon. Edward J. Davila |

IT IS HEREBY ORDERED that the request for withdrawal of Christian J. Hurt as counsel of record for Lexar Media, Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: __July 11, 2011_____

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　United States District Court Judge