**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, | NO. 5:08-cv-00095-EJD |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| LEXAR MEDIA, INC., | |
| Defendant(s). | |

On July 26, 2011 the Court granted Plaintiff's Motion to Lift Stay and Reopen the case (See Docket Item No. 178). In light of the reopening of the case, the Court sets a Case Management Conference on **October 28, 2011 at 10:00 AM** in Courtroom 1, Fifth Floor. On or before **October 21, 2011** the parties shall file a joint case management conference statement updating the Court on how this case should proceed.

**IT IS SO ORDERED.**

Dated: August 24, 2011

EDWARD J. DAVILA
United States District Judge

1
NO. C 08-00095 EJD
ORDER SETTING CASE MANAGEMENT CONFERENCE