MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150

Attorney for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH
AND DEVELOPMENT TRUST

JARED BOBROW, SBN 133712
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

KEVIN KUDLAC (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77008
Telephone: (512) 546-5000

Attorneys for Defendant LEXAR MEDIA, INC.

IT IS SO ORDERED AS MODIFIED
Judge Edward J. Davila

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                    Plaintiff<br>   v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 – 100,<br><br>                    Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08cv00095 EJD<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE BY ONE WEEK** & ORDER THEREON<br><br>Date: November 4, 2011<br>Time: 10:00 a.m.<br>Courtroom 1, 5th Floor<br>Judge: The Hon. Edward J. Davila |

Plaintiff Jens Erik Sorensen, as Trustee of Sorensen Research and Development Trust ("Plaintiff") is requesting a one-week continuance of the Case Management Conference scheduled for October 28, 2011 at 10:00 a.m. (see Doc. #179) for the following reasons:

1. Plaintiff's counsel, Ms. Kramer, will be out-of-state for a preplanned and unchangeable commitment from October 28-31, 2011;

2. Counsel who will shortly be entering her appearance as additional counsel for Plaintiff, Patricia Shackelford, and was scheduled to appear on October 28th, has not yet had her admission to the Northern District processed and therefore cannot yet enter her appearance in the case.

Defendant Lexar Media, Inc. ("Defendant") is amenable to this scheduling change and hereby stipulates to the requested continuance.

RESPECTFULLY SUBMITTED this Tuesday, October 18, 2011,

I, Melody Kramer, attest that concurrence in the filing of the document has been obtained from each of the signatories below, which shall serve in lieu of their signatures on the document.

> JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff
>
> /s/ Melody A. Kramer
> MELODY A. KRAMER, SBN 169984
> 9930 Mesa Rim Road, Suite 1600
> San Diego, California 92121
> Telephone (858) 362-3150
>
> LEXAR MEDIA, INC., Defendant
>
>  /s/ Jared Bobrow_____
> JARED BOBROW, SBN 133712

WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000

KEVIN KUDLAC (pro hac vice)
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77008

Telephone: (512) 546-5000

**ORDER**

Good cause appearing therefore, the parties stipulation is GRANTED.  The Case Management Conference currently scheduled for October 28, 2011, is **VACATED** and re-scheduled for **November 4, 2011, at 10:00 a.m.**  The parties shall file a Joint Case Management Statement on or before **October 28, 2011.**
The parties are further ordered to provide a proposed order for all further requests of this nature.
IT IS SO ORDERED.

EDWARD J. DAVILA
United States District Judge

# DECLARATION OF MELODY A. KRAMER

I, MELODY A. KRAMER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("Sorensen"), Plaintiff in the above-captioned matter.

3. This declaration is made in support of the parties Stipulation to Continue Case Management Conference by One Week.

4. The requested continuance is made for the reasons set forth in the Motion above, namely,

   a. I will be out-of-state for a preplanned and unchangeable commitment from October 28-31, 2011;

   b. Counsel who will shortly be entering her appearance as additional counsel for Plaintiff, Patricia Shackelford, and was scheduled to appear on October 28th, has not yet had her admission to the Northern District processed and therefore cannot yet enter her appearance in the case.

5. I contacted Mr. Bobrow, counsel for Defendant Lexar Media, Inc. ("Defendant"), and he indicated Defendant's willingness to agree to this scheduling change and join in a stipulation for the same.

6. Within the last year there has only been one request to modify time in this case was Plaintiff's Motion to Shorten Time for Hearing on its Motion for Immediate Lift of Stay which was granted by the Court at Doc. #173. The last prior request for time modification was in April 2010 wherein Plaintiff requested an expedited hearing date for a Motion to Reopen Case, which request was denied at Doc. #151.

1  7. The effect of the requested time modification to this case will be minimal in that the requested continuance is only by one week. Furthermore, the time modification will allow me, as lead counsel in this case, to be present for the Case Management Conference instead of another attorney who does not have as much familiarity with the case.

SWORN TO UNDER PENALTY OF PERJURY on Tuesday, October 18, 2011 in San Diego, California.

/s/ Melody A. Kramer
Melody A. Kramer, Esq.
Attorney for Plaintiff

v.

Case No. 08CV0095 EJD

# PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Tuesday, October 18, 2011 I served the following documents:

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE BY ONE WEEK**

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Jared Bobrow<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>jared.bobrow@weil.com | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF |
| Kevin Kudlac<br>Weil, Gotshal & Manges LLP<br>Kevin.kudlac@weil.com<br>700 Louisiana, Suite 1600<br>Houston, Texas 77002 | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

1.

Case No. 08CV0095 EJD

| | |
|---|---|
| [X] | (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California. |
| [ ] | (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee. |

I declare that the foregoing is true and correct, and that this declaration was executed on Tuesday, October 18, 2011, in San Diego, California.

/s/ Melody A. Kramer
———————————————
Melody A. Kramer