JARED BOBROW (Bar No. 133712)
*jared.bobrow@weil.com*
JOHN D. BEYNON (Bar No. 233581)
*john.beynon@weil.com*
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

KEVIN KUDLAC (*pro hac vice*)
*kevin.kudlac@weil.com*
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, TX 77002
Telephone: (713) 546-5000
Facsimile: (713) 224-9511

Attorneys for Defendant
LEXAR MEDIA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware corporation; and DOES 1 - 100,<br><br>Defendants. | Case No. C08-00095 EJD<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE REPLY TO LEXAR'S MOTION FOR SUMMARY JUDGMENT ON INTERVENING RIGHTS AND MOTION TO AMEND PLEADINGS**<br><br>Date: March 9, 2012<br>Time: 9:00 a.m.<br>Courtroom: 1, 5th Floor<br>Judge: Hon. Edward J. Davila |

STIPULATION & [PROPOSED] ORDER FOR EXTENSION
OF TIME TO FILE REPLY TO LEXAR'S MOTION FOR
SUMMARY JUDGMENT ON INTERVENING RIGHTS

CASE NO. C08-00095 EJD

| | |
|---|---|
| 1 | **STIPULATION AND PROPOSED ORDER** |

2   WHEREAS, on November 18, 2011, Lexar Media, Inc. ("Lexar") filed Lexar's
3 Notice Of Motion And Motion For Summary Judgment On Intervening Rights And Motion To
4 Amend Pleadings;

5   WHEREAS, on December 2, 2011, Sorensen Research And Development Trust
6 ("Sorensen") filed Plaintiff's Opposition To Motion For Summary Judgment On Intervening
7 Rights;

8   WHEREAS, the oral argument on Lexar's motion will not be heard until March 9,
9 2012;

10   WHEREAS, under Local Rule 7-3(c) Lexar's Reply Brief In Support Of Its
11 Motion For Summary Judgment On Intervening Rights And Motion To Amend Pleadings would
12 be due on December 9, 2011;

13   WHEREAS, Lexar hereby makes the unopposed request for a one business day
14 extension to the deadline, so that its reply brief will be filed on December 12, 2011;

15   NOW, therefore, it is hereby AGREED and STIPULATED, by and among the
16 parties hereto through their undersigned counsel, that Lexar shall have until December 12, 2011
17 to file its Reply Brief In Support Of Its Motion For Summary Judgment On Intervening Rights
18 And Motion To Amend Pleadings.

20   IT IS SO ORDERED.

21   DATED: December 7, 2011

_____
HONORABLE EDWARD J. DAVILA

**STIPULATION & [PROPOSED] ORDER FOR EXTENSION
OF TIME TO FILE REPLY TO LEXAR'S MOTION FOR
SUMMARY JUDGMENT ON INTERVENING RIGHTS**     1     **Case No. C08-00095 EJD**

Dated:  December 6, 2011                WEIL, GOTSHAL & MANGES LLP


                                        BY:  _____*/s/ John Beynon*_____
                                                  JOHN BEYNON
                                                  john.beynon@weil.com

                                        Attorneys for Defendant,
                                        LEXAR MEDIA, INC.


Dated:  December 6, 2011                KRAMER LAW OFFICE, INC.


                                        BY:  _____*/s/ Melody A. Kramer*_____
                                                  MELODY A. KRAMER
                                                  mak@kramerlawip.com

                                        Attorneys for Plaintiff
                                        JENS ERIK SORENSEN, as Trustee of
                                        SORENSEN RESEARCH AND
                                        DEVELOPMENT TRUST