UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, ET AL., | Case No.: 5:08-CV-00095 EJD |
| Plaintiffs, | **ORDER DENYING MOTIONS TO SEAL** |
| v. | |
| LEXAR MEDIA, INC, | **(Re: Docket Nos. 202, 210)** |
| Defendant. | |

On, December 30, 2011, Defendant filed a motion for leave to file under seal Exhibit 2 and Exhibit 3 to the Declaration of John Beynon in Support of Second Motion To Amend Pleadings. See Docket No. 202. On January 20, 2012, Defendant filed a motion for leave to file under seal Exhibit 3 and Exhibit 4 to the Declaration of John Beynon in Support of Lexar's Reply Brief to Its Second Motion To Amend Pleadings. See Docket No. 210.

Defendant seeks to file these documents under seal pursuant to Civil L.R. 79-5(d) because Plaintiffs designated them as confidential. Civil L.R. 79-5(d) requires that, within seven days after a motion to seal is filed, the designating party must file a declaration establishing that the information is sealable. Plaintiffs have filed no declaration in support of these motions. Accordingly,

IT IS HEREBY ORDERED that the motions to seal are DENIED. No later than March 3,

1

Case No.: 5:08-CV-00095 EJD
ORDER DENYING MOTIONS TO SEAL

2012, Defendant shall file the aforementioned exhibits in the public record.

Dated: February 22, 2012

_____
EDWARD J. DAVILA
United States District Judge

2

Case No.: 5:08-CV-00095 EJD
ORDER DENYING MOTIONS TO SEAL