MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone (855) 835-5520
mak@kramerlawip.com

PATRICIA A. SHACKELFORD, SBN 218647
11622 El Camino Real, Suite 100
San Diego, California 92130
Telephone (858) 764-2452
pashackelford@yahoo.com

Attorneys for Plaintiff JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff<br><br>v.<br><br>LEXAR MEDIA, INC., a Delaware Corporation; and DOES 1 – 100,<br><br>Defendants.<br>_______________<br>and related counterclaims. | Case No. 08 CV 00095 JW RS<br><br>**REPLY TO SECOND AMENDED COUNTERCLAIM OF LEXAR MEDIA, INC.** |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and

Development Trust ("SRDT") hereby responds to the specific paragraphs of the Counterclaims of Defendant/Counterclaimant Lexar Media, Inc. as set forth in the Second Amended Answer to Complaint for Patent Infringement (Doc. #230):

1. Upon information and belief, admit.

2. Admit.

3. Paragraph 3 constitutes a series of legal conclusions and thus need not be admitted or denied as phrased. However, SRDT admits that this Court has subject matter jurisdiction over this dispute, and admits that venue is proper.

4. Admit.

<u>FIRST CAUSE OF ACTION</u>

5. Deny.

6. Deny.

<u>SECOND CAUSE OF ACTION</u>

7. Deny.

8. Deny.

<u>THIRD CAUSE OF ACTION</u>

9. Deny.

10. Admit that SRDT entered into an agreement with Fourté Design and Development LLP in April 2009; deny the remainder.

<u>AFFIRMATIVE DEFENSES</u>

SRDT furthermore asserts the following affirmative defenses:

<u>First Affirmative Defense</u>

11. Lexar's Second Amended Counterclaim fails to state a claim upon which

relief can be granted.

Second Affirmative Defense

12. Lexar is barred from obtaining relief under its Second Amended Counterclaim on the basis of the doctrine of unclean hands, specifically, Lexar falsely, repeatedly, and in some cases under oath, knowingly and willfully hid the existence of Fourté Design and Development LLP as being one of its suppliers and allowed material evidence in this case to be destroyed.

13. SRDT reserves its right to later add further affirmative defenses as disclosed by later evidence or developments in this case.

**WHEREFORE,** SRDT prays that judgment on Lexar's Second Amended Counterclaim be entered as follows:

a. For judgment in favor of SRDT and against Lexar's on all requested relief;

b. That this case be decreed an "exceptional case" pursuant to 35 U.S.C. § 285 and award reasonable attorney fees to SRDT;

c. For costs of suit herein incurred;

d. For such other and further relief as the Court may deem just and proper.

DATED this Monday, April 02, 2012.

JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

/s/ Melody A. Kramer

Melody A. Kramer, Esq.
Patricia A. Shackelford, Esq.
Attorneys for Plaintiff

## PROOF OF SERVICE

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 11622 El Camino Real, Suite #100, San Diego, California, 92130.

On Monday, April 02, 2012, I served the following documents:

**REPLY TO SECOND AMENDED COUNTERCLAIM OF LEXAR MEDIA, INC.**

.

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Jared Bobrow<br>jared.bobrow@weil.com<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065 | Lexar Media, Inc. | Email--Pleadings Filed with the Court via CM/ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Monday, April 02, 2012, in San Diego, California.

/s./ Melody A. Kramer

Melody A. Kramer