UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JENS ERIK SORENSEN,<br><br>  Plaintiff,<br><br>v.<br><br>LEXAR MEDIA, INC., ET AL.,<br><br>  Defendants. | Case No.: 5:08-CV-0095 EJD<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

On June 1, 2012, the parties appeared for a case management conference. In light of the discussion at the case management conference,

IT IS HEREBY ORDERED that the proceedings are STAYED to facilitate the parties' good faith settlement efforts.

IT IS FURTHER ORDERED that, during the stay, the parties shall file monthly joint status statements beginning on July 6, 2012 updating the court on their settlement efforts and any other developments relevant to whether the stay should be lifted. The parties shall also file a joint status statement after the conclusion of the claim construction proceedings in Sorensen v. Ryobi, Case No. 08-CV-0070, and Sorensen v. Emerson, Case No. 08-CV-0060, in the Southern District of California.

Dated: June 7, 2012

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:08-CV-0095 EJD
ORDER FOLLOWING CASE MANAGEMENT CONFERENCE